USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2018

# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**DANIEL J. HORWITZ**
Partner
dhorwitz@mclaughlinstern.com
Direct Dial: (212) 455-0448

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

July 24, 2018

<u>Via Electronic Case Filing</u>
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

Re:   <u>United States v. Sohrab Sharma, et al.,</u> 18 cr 340 (LGS)

*Application Granted.  Defendant Robert Farkas' conditions of bail are hereby modified to: (i) permit the use of computers, smartphones and the internet; (ii) remove the condition of home detention; and (iii) impose a curfew from 11:00 pm to 7:00 am with the use of location monitoring during curfew hours.  All other condition of bail shall remian in effect.  The Clerk of the Court is directed to terminate the letter motion at docket number 49.*

*Dated: July 31, 2018*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Dear Judge Schofield:

We represent Robert Farkas in the above-referenced matter.  We are writing, with the consent of the government, to respectfully request a bail modification from home detention to a curfew and a lift of the prohibition against the use of computers, smartphones and internet.  Currently, the terms and conditions of Mr. Farkas's release are home detention with location monitoring.  Mr. Farkas is also prohibited from use or access to any computer, smartphone or the internet.

This request was discussed with AUSAs Samson Enzer and Negar Tekeei, who have informed us that the prosecution does not oppose this application to lift the prohibition against the use of computers, smartphones and the internet, and for a curfew with the condition that location monitoring with an ankle bracelet remain in place for a curfew.  Pre-Trial Services also does not oppose Mr. Farkas's application for a curfew.  It is our understanding that Pre-Trial Services consents to a curfew from 11 pm to 7 am.

We are available to discuss this matter further at the Court's convenience should the Court have any questions or need any further information.

Respectfully submitted,

/s/ Daniel J. Horwitz
Daniel J. Horwitz

Hon. Lorna G. Schofield
United States District Judge
July 24, 2018
Page 2

cc:    Samson Enzer
       Assistant United States Attorney
       (Via electronic case filing)

       Negar Tekeei
       Assistant United States Attorney
       (Via electronic case filing)

       Juan Nuñez
       U.S. Pre-Trial Services Officer
       (Via email: Juan_nunez@flsp.uscourts.gov)