

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2019

March 11, 2019

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Sohrab Sharma, et al.,* **18 Cr. 340 (LGS)**

Dear Judge Schofield:

Under the case management schedule that was jointly proposed by the parties via a letter filed on December 18, 2018 (Dkct. No. 92) and approved by this Court's Order of January 9, 2019 (Dckt. No. 97) in this case, the defendants must file by April 1, 2019 any pretrial motions under Federal Rule of Criminal Procedure 12 and any other pretrial motions challenging the Government's seizures of properties pursuant to seizure warrants issued in connection with this case, the Government must respond by April 29, 2018, and the defendants must file any replies by May 13, 2019.  Through their respective counsel, the defendants have requested that these deadlines be modified as follows to give them additional time to review the discovery in this case in connection with their preparation of such motions (without any alteration to the other deadlines in the Court-approved schedule):  the defendants must file any such motions by May 13, 2019, the Government must respond by June 3, 2019, and the defendants must file any replies by June 10, 2019.  The Government has no objection to this request.  Accordingly, the parties' jointly submit this letter to respectfully request that the Court approve the modified pretrial motion schedule set forth above that the defendants have requested.

Application Granted in part.  Defendants' motions shall be filed on or before April 29, 2019.  The Government's response shall be filed on or before May 20, 2019.  Defendants' replies shall be filed on or before May 29, 2019.  All other deadlines, as set forth in the Court's January 9, 2019 Order, shall remain in effect.  The Clerk of the Court is directed to terminate the letter motions at docket numbers 108 and 109.

Dated: March 19, 2019
New York, New York

Respectfully submitted,

ROBERT KHUZAMI
Attorney for the United States
Acting Under 28 U.S.C. § 515

By:   /s/ Samson Enzer_____
Samson Enzer / Negar Tekeei
Assistant United States Attorneys
(212) 637-2342 / -2482

cc:   All counsel of record

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**