USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

    SOHRAB SHARMA, et al.,
                                 Defendants,
-------------------------------------------------------------X

18 Cr. 340 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on April 29, 2019, Defendants filed a joint motion to continue the trial date from October 14, 2019, to April 2021 (Dkt. 115);

    WHEREAS, on April 29, 2019, Defendant Sharma filed a motion to suppress the contents of Defendant's laptop and two iPhones that were seized by law enforcement on April 1, 2018 (Dkt. 116);

    WHEREAS, on April 29, 2019, Defendants filed a joint motion to dismiss the Indictment on the basis that the Government violated Defendants' attorney-client and work product privileges (Dkt. 117).  It is hereby

    **ORDERED** that pursuant to the Order at Docket No. 110, the Government shall file its responses no later than May 20, 2019.  Defendants' replies shall be filed on or before May 29, 2019.  At the conference scheduled for June 18, 2019, the Government shall be prepared to discuss the extent to which it had access to privileged material.  All other dates in the Court's January 9, 2019, order remain in effect.

Dated: May 2, 2019
       New York, New York

                                                     LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**