# Exhibit A

April 17, 2018 email from Sharma's counsel

From: **Sharon L. McCarthy** smccarthy@kflaw.com
Subject: **Status**
Date: **Apr 17, 2018 at 1:06:04 PM**
To: **Enzer, Samson (USANYS)** SEnzer@usa.doj.gov, **Tekeei, Negar (USANYS)** NTekeei@usa.doj.gov
Cc: **Daniel J. Horwitz** DHorwitz@mclaughlinstern.com

Dear Sam and Negar,

Do you know what the plan is for transferring our clients to NY? We agreed to have them removed on April 5th. It is now getting to the point where we may have to seek a legal remedy for this situation, and we are hoping it won't come to that.

Did you receive the probation reports from yesterday's interviews? We would like to see those as soon as they are available.

Finally, I have never gotten any response from you about the laptop computer and other electronic devices seized from my client at the time of his arrest on April 1st. Where are they, and under what authority were they seized? I would like them to be returned immediately and want to know what searches have been conducted of their contents.

I look forward to hearing from you.

Sharon L. McCarthy
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Fl.
New York, New York 10007
212-808-8100
212-840-6866 (Direct)
212-808-8108 (Fax)
www.kflaw.com

Tap to Download
image001.jpg
5.1 KB

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT
If any portion of this e-mail transmission or attachments was not intended for you, please do not read or save them. Please destroy them immediately and notify me via reply e-mail. Thank you.