

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2019

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,
        Plaintiff

vs.
        Case No: 18-00340-CR-LGS

SOHRAB SHARMA,
        Defendant.

### *JOINT NOTICE OF CONFLICT OF COUNSEL AND REQUEST TO RECONSIDER DATE OF STATUS CONFERENCE*

COMES NOW, Gennaro Cariglio Jr., Esq., and Paul Petruzzi, Esq. and gives notice that they will be unavailable on June 27-28, 2019 as they will be in a mandatory FPD/CJA training seminar in Bonita Springs, Florida.

Gennaro Cariglio Jr., Esq. will be also out of the country on vacation from July 1, 2019-July 18, 2019 and from August 1-8, 2019.

As such the defense is requesting the Court vacate the order (DE-135) adjourning the status conference on June 18, 2019 and resetting the status conference to June 27, 2019.

WHEREFORE the defense respectfully requests that the previously scheduled status conference remain as scheduled or that a phone conference be

---

The conference scheduled for June 27, 2019, is hereby adjourned to July 30, 2019, at 11:00 a.m.  The Clerk of Court is respectfully directed to close the open motion at Docket No. 136.  SO ORDERED.
Dated: June 18, 2019
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

scheduled to pick a new status conference date.

I HEREBY CERTIFY that the foregoing was filed using the CM/ECF system, on this 17th day of June, 2019.

                                      Respectfully submitted,

                                      s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 899-0438
Florida Bar No.: 51985
Atty. for Defendant Sharma
Sobeachlaw@aol.com

Respectfully submitted,

s/ Paul Domenic Petruzzi
Paul Domenic Petruzzi, Esq.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 373-6773
Florida Bar No.: 982059
Atty. for Defendant Farkas
Petruzzi-law@msn.com