LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BOULEVARD
MIAMI, FLORIDA 33138

PAUL D. PETRUZZI  
BEATRIZ D. VAZQUEZ  
E-mail: petruzzi-law@msn.com

TELEPHONE (305) 373 - 6773  
TELECOPIER (305) 373 - 3832

July 11, 2019

Honorable Lorna G. Schofield  
United States District Judge  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square, Courtroom 1106  
New York, NY 10007

**VIA E-MAIL: Schofield_NYSDChambers@nysd.uscourts.gov**

    Re:    *United States v. Sharma, et al.*,  
            Case No. 18-CR-340 (LGS)

Dear Judge Schofield:

    After consultation with government counsel, the Defendants, Robert Farkas and Sohrab "Sam" Sharma, respectfully submit this *unopposed* motion for enlargement of their expert witness disclosure deadline to September 1, 2019. This motion is made in good faith, and not for purposes of delay, and only due to the complexity of the instant case and the concomitant need for highly specialized experts.

    Based on the foregoing, the defendants respectfully request this Court to enter an order extending defendant's expert witness disclosure deadline to September 1, 2019.

                                               Sincerely,

                                               /s/ Paul D. Petruzzi  
                                               Paul D. Petruzzi, Esq.  
                                               Counsel for Robert Farkas

                                               /s/ Gennaro Cariglio Jr.  
                                               Gennaro Cariglio, Esq.  
                                               Counsel for Sohrab Sharma

cc:    All government counsel