LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BOULEVARD
MIAMI, FLORIDA 33138

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 7/26/2019 | |

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ
E-mail: petruzzi-law@msn.com

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832

July 17, 2019

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

**VIA E-MAIL:** Schofield_NYSDChambers@nysd.uscourts.gov

Re:   *United States v. Sharma, et al.*,
      Case No. 18-CR-340 (LGS)

Dear Judge Schofield:

A status conference is currently scheduled for July 30, 2019, at 11:00 a.m., in the above-captioned matter. With no opposition from counsel for the Government, Assistant United States Attorneys Samson Enzer and Negar Tekeei, undersigned counsel are respectfully requesting that the Court adjourn the status conference as counsel for Sharma has a scheduling conflict.

Specifically, attorney Gennaro Cariglio, Jr., counsel for Sharma, has a scheduling conflict as he must appear for a section 2255 motion in the Southern District of Florida in *United States v. Shawn Hawes*, 16-CV-20138-CMA, on the same day. As Defendant Sharma desires his counsel to be present at the hearing, the parties are respectfully requesting that this Court adjourn the status conference.

Application Granted.  The status conference currently scheduled for July 30, 2019 is adjourned to September 24, 2019 at 4:30 p.m.  The Clerk of the Court is directed to terminate the letter motion at docket number 149.

Dated: July 26, 2019
New York, New York

Sincerely,

/s/ Paul D. Petruzzi
Paul D. Petruzzi, Esq.
Counsel for Robert Farkas

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

/s/ Gennaro Cariglio Jr.
Gennaro Cariglio, Esq.
Counsel for Sohrab Sharma

cc:     All government counsel