UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOHRAB SHARMA, et al.,

Defendant.

CASE NO. 18 Cr. 340 (LGS)

**NOTICE OF FILING**

Pursuant to this Court's order dated July 31, 2019 (DE 154), enclosed for filing are the redacted documents containing privileged attorney-client communications which are an exhibit to the Defendants' Motion to Dismiss (DE 117).

Respectfully submitted,

**Paul D. Petruzzi, Esq.**
**Law Offices of Paul D. Petruzzi, P.A.**
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: s/ Paul Petruzzi
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

**Gennaro Cariglio, Esq.**
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 899-0438
Facsimile: (305) 373-3832
E-mail: sobeachlaw@aol.com

By: s/ Gennaro Cariglio
**GENNARO CARIGLIO, ESQ.**
Florida Bar No. 51985

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2019, a true and correct copy of the foregoing was furnished, via CM/ECF, to all counsel of record.

By: s/ Paul Petruzzi
**PAUL D. PETRUZZI, ESQ.**
Attorney for Defendant Farkas

By: s/ Gennaro Cariglio
**GENNARO CARIGLIO, ESQ.**
Attorney for Defendant Sharma

# Case Information

Time zone for display: Eastern Standard Time

| | |
|---|---|
| Version | AccessData Forensic Toolkit Version: 6.3.1.26 |
| Case Owner | vmdonnelly |
| Case Name | NY-2477744_196992 |
| Case Reference | |
| Case Description | Racz |
| Report Created | 1/9/2019 2:18:35 PM |
| Classification | Unclassified |
| To: | SA Brandon Racz |
| UCFN: | 318B-NY-2477744 |
| Submission ID: | 196992 |
| Examiners Name | ITS/FET Virginia Donnelly |
| Agency/Company | NY FBI CART |
| Division | New York Division |
| Unit: | SO-19 |
| Address | 26 Federal Plaza New York, NY |
| WARNNG | THIS DOCUMENT AND ITS CONTENTS ARE THE PROPERTY OF THE FEDERAL BUREAU OF INVESTIGATION. |

Farkas Card

Farkas Video

Freelancer Sam

Funds Raised

Harry Denly

Insurance

Investment, Dividend

Jessica Robinson - Sam

Korea Trip

Lawsuit

Licenses

Licenses - Farkas

Licenses - Sam

Mayweather Photo

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

**Bookmark: Not Privileged**

**Comments:**

**Creator:** vmdonnelly

**File Count:** 13

**Files Bookmarked**

**File Comments:**

| | |
|---|---|
| **Name** | document.xml |
| **Physical Size** | n/a |
| **Logical Size** | 69700 B |
| **Created Date** | n/a |
| **Modified Date** | n/a |
| **Accessed Date** | n/a |

**MD5 Hash**
74549d7bc3c102dc8e311c3cee4673a1

**Path**
Files.ad1/Files:G:\Files/centrawork.3.8.2018.zip»slack-le[
export-T8RGUDEUQ-327195845989-
1520550584»files»F9E7LNVQ8.contents»word»documer

**Exported as**
files\subfolder74\document[912937].xml

**File Comments:**

**Name** enrique.perez-jaclyn.txt

4/8/2019 FTK Report

[redacted]

file:///Users/rj/Desktop/Slack (SW Return)/Index.html 1/2



4/8/2019 FTK Report

file:///Users/rj/Desktop/Slack (SW Return)/Index.html 2/2



Channel Name: #executives
Created: 2018-01-18 01:58:24 by sam
Type: Private Channel

################################################################

Messages:

---- 2018-01-18 ----
[2018-01-18 01:58:24] sam joined the channel
[2018-01-18 01:58:25] sam set the channel purpose to Centra Executive Discussion
[2018-01-18 01:59:17] (group_archive) <U00> {"user":"297604515232","text":"<@U8RHSF56U> archived the private channel"}

---- 2018-01-25 ----
[2018-01-25 19:09:02] (group_unarchive) <U00> {"user":"297604515232","text":"<@U8RHSF56U> un-archived the private channel"}
[2018-01-25 19:10:13] robert joined the channel
[2018-01-25 19:10:13] david joined the channel
[2018-01-25 19:10:13] allan joined the channel
[2018-01-25 19:10:13] tom.warburton joined the channel
[2018-01-25 19:10:13] enrique.perez joined the channel
[2018-01-25 19:10:13] chase.zimmerman joined the channel
[2018-01-25 19:10:13] sheenae13 joined the channel
[2018-01-25 19:10:22] <sam> Hello all <!channel> - VERY IMPORTANT
[2018-01-25 19:10:37] <sam> I need everyone to finish NMLS today! So take time and complete if you have not completed yet
[2018-01-25 19:10:42] <sam> But i NEEDS To be done today
[2018-01-25 19:10:49] <sam> sheenae13 Will help you if you need help
[2018-01-25 19:11:05] <sam> As we cannot wait for applications to be sent for Money Transmitter Licenses anymore
[2018-01-25 19:11:40] <sam> Make it priority to get it done if you have not already done so: david tom.warburton chase.zimmerman robert enrique.perez allan - If you completed please inform us here. sheenae13
[2018-01-25 19:13:16] <chase.zimmerman> All set on my end
[2018-01-25 19:41:17] <allan> Done on my end
[2018-01-25 19:46:35] <sam> david tom.warburton enrique.perez - This needs to be completed by End of day please!! sheenae13 will help if needed
[2018-01-25 19:55:44] <david> sam Mine was completed before.
[2018-01-25 19:58:47] <sam> Thank you;
[2018-01-25 19:58:52] <sam> tom.warburton enrique.perez please bang it out today
[2018-01-25 19:59:00] steven joined the channel
[2018-01-25 19:59:07] <sam> Sorry steve thought you were in here
[2018-01-25 19:59:16] <sam> please make it priority to complete NMLS today with sheenae13
[2018-01-25 19:59:25] <sam> Rick you and Tom need to complete - unless you completed already
[2018-01-25 20:04:08] <sheenae13> sam you and Steve are the only ones I am waiting on
[2018-01-25 22:16:47] <tom.warburton> when Sheena came after me a week or so back, I delivered!
[2018-01-25 22:22:49] <sheenae13> Thank you Tom :slightly_smiling_face:

---- 2018-01-26 ----
[2018-01-26 14:30:36] <enrique.perez> My info has been in for 2 weeks
[2018-01-26 15:36:53] <david> Article in the Wall Street Journal today on Credit Card companies and Bitcoin. <https://www.wsj.com/articles/should-you-buy-bitcoin-with-your-credit-card-1516897097?mod=searchresults&page=1&pos=3> attachments: [{"service_name":"WSJ","title":"Credit Card Companies Don\u2019t Want You to Buy Bitcoin With Plastic","title_link":"https:\/\/www.wsj.com\/articles\/should-you-buy-bitcoin-with-your-credit-card-1516897097?mod=searchresults\/&page=1&pos=3","text":"Some banks and credit-card companies have begun restricting customers\u2019 purchases of bitcoin, shutting down a popular way to buy the volatile digital currency.","fallback":"WSJ: Credit Card Companies Don\u2019t Want You to Buy Bitcoin With Plastic","image_url":"https:\/\/si.wsj.net\/public\/resources\/images\/BN-XE147_BITCAR_SOC_20180125084251.jpg","from_url":"https:\/\/www.wsj.com\/articles\/should-you-buy-bitcoin-with-your-credit-card-1516897097?mod=searchresults&page=1&pos=3","image_width":478,"image_height":250,"image_bytes":50667,"service_icon":"https:\/\/s.wsj.net\/media\/wsj_apple-touch-icon-144x144.png","id":1}]
[2018-01-26 16:04:33] <steven> I am working on my NLMS. Not happy putting this information into what looks like a 1990's system..
[2018-01-26 16:05:25] <david> I recommend making sure you save after each page. I got kicked out once or twice in the process.
[2018-01-26 16:05:58] <steven> Great... :flushed:
[2018-01-26 16:08:00] <steven> We released Version 2.1.5 of the Mobile Wallet this morning. Centra Wallet version 2.1.5 includes minor fixes and enhancements including:

 - Improved Asset Navigation
- Improved Customer Sign Up Flow
- Improved Customer Profile User Interface

[2018-01-26 16:10:11] <steven> It also has the new and improved "registration" form, as we continue to work towards simplifying and cleaning up some of the old forms and fully integrating with Zoho.
[2018-01-26 16:33:18] <steven> OMG.. David, I now see what you mean, I was in the middle of a screen, jumped to answer a phone call, and the system timed out.. :rage:
[2018-01-26 17:25:44] <allan> Steve - I think we need a page like Coinbase's for our website. See how we compare and what we can similarly say -<https://www.coinbase.com/security> attachments:
[{"title":"Coinbase - Buy\/Sell Digital Currency","title_link":"https:\/\/www.coinbase.com\/security","text":"Coinbase is a secure online platform for buying, selling, transferring, and storing digital currency.","fallback":"Coinbase - Buy\/Sell Digital Currency","thumb_url":"https:\/\/www.coinbase.com\/img\/og-home.jpg","from_url":"https:\/\/www.coinbase.com\/security","thumb_width":1200,"thumb_height":660,"service_icon":"https:\/\/www.coinbase.com\/apple-touch-icon.png","service_name":"coinbase.com","id":1}]
[2018-01-26 17:26:08] <allan> Only after you finish your NMLS.....
[2018-01-26 17:26:41] <allan> And minus the Bug Bounty Program (which I know you hate)
[2018-01-26 18:47:57] <david> steven Yes, takes time.
[2018-01-26 19:24:10] <sam> Just a heads up:
A Japanese exchange
Got hacked for over $530M usd. <!channel>
[2018-01-26 20:14:54] <chase.zimmerman> Which one?
[2018-01-26 20:15:12] <chase.zimmerman> That's an insane amount of money
[2018-01-26 20:16:34] <david> Thanks sam -- Shared it with Rick before. <https://www.ccn.com/official-japanese-cryptocurrency-exchange-hacked-530-million-nem-missing/> attachments:
[{"service_name":"CCN","title":"Official: Japanese Cryptocurrency Exchange Hacked, $530 Million NEM","title_link":"https:\/\/www.ccn.com\/official-japanese-cryptocurrency-exchange-hacked-530-million-nem-missing\/","text":"According to major Japanese cryptocurrency exchange CoinCheck executives, more than $530 million worth of NEM has been stolen from the trading platform.","fallback":"CCN: Official: Japanese Cryptocurrency Exchange Hacked, $530 Million NEM","image_url":"https:\/\/www.ccn.com\/wp-content\/uploads\/2017\/11\/Open-empty-safe.jpg","image_width":375,"image_height":250,"ts":1516983477,"from_url":"https:\/\/www.ccn.com\/official-japanese-cryptocurrency-exchange-hacked-530-million-nem-missing\/","image_bytes":27689,"id":1}]
[2018-01-26 20:21:07] <chase.zimmerman> Wow! It says the exchange used hot wallets to store the funds.
[2018-01-26 20:24:10] <robert> Unreal
[2018-01-26 20:26:53] <steven> Jeeeezzzz
[2018-01-26 20:27:42] <david> Bigger then Mt. Gox
[2018-01-26 21:50:23] <sam> New Accounts Payable Policy:

All Accounts Payable requests in excess of $1,000 needs to be authorized by robert Via Email.

Thank you. <!channel>
[2018-01-26 21:50:38] (pinned_item) <sam>
{"item_type":"G","item_id":"1517003423000249","owner_id":"297604515232","channel_id":"300624499412","text":"<@U8RHSF56U> pinned a message to this channel.","attachments":[{"text":"New Accounts Payable Policy:\n\nAll Accounts Payable requests in excess of $1,000 needs to be authorized by <@U8S6JU658> Via Email.\n\nThank you. <!channel>","fallback":"[January 27th, 2018 6:50 AM] sam: New Accounts Payable Policy:\n\nAll Accounts Payable requests in excess of $1,000 needs to be authorized by <@U8S6JU658> Via Email.\n\nThank you. <!channel>"}]}
[2018-01-26 21:55:04] <tom.warburton> noted!
[2018-01-26 22:35:59] <enrique.perez> Guys, I have waited on commenting because I have been preaching the need to a security risk assessment for weeks. A formal Document Request List was distributed this week. I need the information to do my job.
[2018-01-26 23:08:27] <david> We'll have a meeting on Monday and work through any open items.
[2018-01-26 23:31:51] <steven> Up until yesterday, I had submitted financial requests of such nature to David and Mike. For example the Fiber connection between the 2 suites and the implementation of the secure server space in suite 260. I will contact Robert and David moving forward so we are all on same page.
[2018-01-26 23:49:49] <david> That works Steve.
[2018-01-26 23:55:29] <tom.warburton> demo with Cognito on Tuesday at 1:00pm -- they only do KYC/AMl in the US, but recommended Jumio for international
[2018-01-26 23:55:47] <tom.warburton> their product is API and takes moments
[2018-01-26 23:55:59] <tom.warburton> have not talked to Jumio yet
[2018-01-26 23:58:23] <tom.warburton> Jumio uses pictured ID and selfie :+1:

---- 2018-01-27 ----
[2018-01-27 00:00:29] <sam> I heard
Good things for Jumio
[2018-01-27 00:00:41] <sam> But per Allan I thought actimize handles all of this for us
[2018-01-27 00:00:51] <sam> I could be wrong
[2018-01-27 00:01:09] <tom.warburton> i'll actimize does OFAC and has the relationship with WNS
[2018-01-27 00:01:28] <tom.warburton> theyre disatisfied with WNS and are searching for a new partner

[2018-01-27 00:01:36] <tom.warburton> go figure
[2018-01-27 00:01:57] <tom.warburton> Allan and i will proceed in lock step - may the best solution Win!
[2018-01-27 00:03:06] <tom.warburton> wouldnt it be amazing to tie the KYC/AML to doc upload and do it all in a few minutes
[2018-01-27 00:03:15] <tom.warburton> now we're cooking
[2018-01-27 00:06:09] <steven> sam the current process is taking too long, so we (Operations & IT) are looking into more streamline, better automated, and overall faster solutions.
[2018-01-27 00:06:25] <sam> Yes great I agree
[2018-01-27 00:06:25] <tom.warburton> btw - 85 cents per transaction
[2018-01-27 00:06:30] <sam> I'm not happy with actimize
[2018-01-27 00:06:35] <sam> It was very expensive
[2018-01-27 00:06:43] <sam> And not satisfied from it
[2018-01-27 00:06:51] <sam> Bittrex uses Jumio I think
[2018-01-27 00:06:57] <david> I gave Steve an alternative yesterday -- Cognito and Blockscore.
[2018-01-27 00:07:03] <sam> And it's same hour verification
[2018-01-27 00:07:26] <tom.warburton> I'll get the intel on jumio this weekend
[2018-01-27 00:08:42] <david> Lets work on both -- My old company worked with Cognito so they are industrial strength as well.
[2018-01-27 00:10:28] <tom.warburton> cognito is getting their info from someone. Would be interesting to find out too -- TU has the best address/phone data in the US
[2018-01-27 00:11:09] <tom.warburton> IDxp - i'll get more intel on that too
[2018-01-27 00:12:41] <david> Good. Thx. We should share the process mapping we did on Thursday with Sam so he can see the flow as well.

[2018-01-27 14:53:06] <tom.warburton> 1:00pm Monday
[2018-01-27 19:46:15] <david> Good. Want us to have multiple options and find the best one for us. Getting multiple bids will be helpful cost wise if more then one provider can serve us.

---- 2018-01-30 ----

---- 2018-02-02 ----
[2018-02-02 13:36:42] <david> Chase and I were able to get a good quote for Centra in Adweek. <https://www.google.com/amp/www.adweek.com/digital/facebook-is-no-longer-allowing-ads-for-cryptocurrency-but-the-ban-is-intentionally-broad/amp/> attachments: [{"title":"Facebook Is No Longer Allowing Ads for Cryptocurrency, but the Ban Is 'Intentionally Broad'","title_link":"https:\/\/www.google.com\/amp\/www.adweek.com\/digital\/facebook-is-no-longer-allowing-ads-for-cryptocurrency-but-the-ban-is-intentionally-broad\/amp\/","text":"It also covers binary options and initial coin offerings.","fallback":"Facebook Is No Longer Allowing Ads for

Cryptocurrency, but the Ban Is 'Intentionally Broad'","image_url":"http:\/\/static.adweek.com\/adweek.com-prod\/wp-content\/uploads\/2018\/01\/Bitcoins-600x315.jpg","from_url":"https:\/\/www.google.com\/amp\/www.adweek.com\/digital\/facebook-is-no-longer-allowing-ads-for-cryptocurrency-but-the-ban-is-intentionally-broad\/amp\/","image_width":476,"image_height":250,"image_bytes":76923,"service_icon":"http:\/\/www.adweek.com\/wp-content\/themes\/AdWeek\/assets\/images\/icons\/apple-touch-icon-152x152.png","service_name":"adweek.com","id":1}]

---- 2018-02-03 ----
[redacted]
---- 2018-02-05 ----
[redacted]
---- 2018-02-12 ----
[2018-02-12 01:25:29] <sam> Hi tom.warburton enrique.perezsteven - We are going to be launching Discord Chat for our offficial Public Chat rooms - We will need a client side installed on employees PCs etc. Discord will be the official chat room so we have a support channel in there that we need reps who will be responsible for servicing those issues there
[2018-02-12 01:26:13] <tom.warburton> no worries
[2018-02-12 01:26:47] <tom.warburton> Steve and I will will together to ensure all machines equipped and ID's created
[2018-02-12 04:28:52] <david> :+1:

---- 2018-02-13 ----
[2018-02-13 15:58:05] <david> <https://www.americanbanker.com/news/jpmorgan-cryptocurrencies-could-potentially-have-a-role-in-investor-portfolios?utm_campaign=daily%20briefing-feb%2013%202018&utm_medium=email&utm_source=newsletter&eid=b6bebed084a31e291b5a609569b938ab&bxid=5a5617b9a793284b1b8b55bb> attachments: [{"service_name":"American Banker","title":"JPMorgan: Cryptocurrencies 'could have a role' in investor portfolios","title_link":"https:\/\/www.americanbanker.com\/news\/jpmorgan-cryptocurrencies-could-potentially-have-a-role-in-investor-portfolios?utm_campaign=daily%20briefing-feb%2013%202018&utm_medium=email&utm_source=newsletter&eid=b6bebed084a31e291b5a609569b938ab&bxid=5a5617b9a793284b1b8b55bb","text":"In what could be seen as a mea culpa for CEO Jamie Dimon's disparagement of bitcoin five months ago, the Wall Street megabank has released a big and relatively bullish report on cryptocurrencies.","fallback":"American Banker: JPMorgan: Cryptocurrencies 'could have a role' in investor portfolios","image_url":"https:\/\/assets.sourcemedia.com\/dims4\/default\/345730a\/2147483647\/crop\/712x381%2B0%2B24\/resize\/560x300%3E\/quality\/90\/?url=https%3A%2F%2Fassets.sourcemedia.com%2Fc7%2F6f%2Ff3b3e69742d18c9920d4ce4b2c0d%2Fdimon-jamie-bloomberg-11-29-17.png","from_url":"https:\/\/www.americanbanker.com\/news\/jpmorgan-cryptocurrencies-could-potentially-have-a-role-in-investor-portfolios?utm_campaign=daily%20briefing-feb%2013%202018&utm_medium=email&utm_source=newsletter&eid=b6bebed084a31e291b5a609569b938ab&bxid=5a5617b9a793284b1b8b55bb","image_width":467,"image_height":250,"image_bytes":228333,"service_icon":"https:\/\/assets.sourcemedia.com\/b7\/b5\/a6519d1748d9b8f72e264e143ff8\/ab-apple-touch-icon.png","id":1}]
[2018-02-13 16:42:34] <steven> i watched him rip Crypto as a fad... WOW..
[2018-02-13 22:52:32] <enrique.perez> Guys, Ricardo Alarcon is no longer with the organization. The new door code is 1739. We meet tomorrow with EDS to finalize agreement. We should have badges and readers soon. We will also have an ALARM system installed. I am working with Lorraine Martinez to come up with procedures. Tom, I asked her to keep you in the loop.
[2018-02-13 22:57:25] <sam> Great thanks
[2018-02-13 22:57:27] <sam> enrique.perez
[2018-02-13 23:01:18] <enrique.perez> Tom, Sam wants to take a closer look at ZOHO because of all the personal information that is being stored there. Steve is getting a contact from ZOHO to work with me from a technical perspective on existing controls in place. I would like to sit down with one of your best CSRs and walk through the application in detail. I would appreciate if you could arrange for 9 AM. Thanks, Rick
[2018-02-13 23:02:12] <enrique.perez> One more thing Tom, Sam wants to make sure that we have background checks completed on all CSRs. I will let Lorraine know.
[2018-02-13 23:59:55] <tom.warburton> Lorraine is very close to a deal for background checks - they should be initiated in the next week sam and enrique.perez I will sit down with you tomorrow to review Zoho, come join me at 8:00am

---- 2018-02-14 ----
[2018-02-14 00:17:05] <enrique.perez> I will see you at 8 AM. Lorraine shared the same information, so

in that end I think we are good. Going home, I need to manjar !!!
[redacted]
[2018-02-14 12:44:24] <allan> Group, I see a new link on the website called "Shop," which has spelling errors in the graphic on the page. That being said, what is this page going to be for?
[2018-02-14 12:46:44] <tom.warburton> I reported these issues to Juan last evening, he is aware.
[2018-02-14 13:24:35] <sam> Selling merchandise
[2018-02-14 13:24:43] <sam> Such as Centra hats shirts etc
[2018-02-14 15:19:17] <sam> tom.warburton as a heads up i added Draft FAQ Questions in ZenDesk for questions that need to be answered
[2018-02-14 15:19:34] <sam> I moved over all old FAQ that were relevant over to Zendesk already as well
[2018-02-14 15:19:52] <tom.warburton> oki doke
[2018-02-14 15:19:56] <sam> Just need Juan to properly create the mail forwading from support - I tested last night but it was sending double emails so i disabled it
[2018-02-14 15:20:09] <sam> and then you and huma add support agents in zendesk
[2018-02-14 15:20:12] <sam> its a great system
[2018-02-14 15:20:15] <sam> way better than <http://desk.com|desk.com>
[2018-02-14 15:20:23] <sam> also live chat will be from there as well
[2018-02-14 15:20:54] <tom.warburton> i used some time ago - Huma and I are re-familiarizing ourselves to it now
[2018-02-14 15:21:24] <tom.warburton> we're setting up agents, but are limited to 2, beyond RJ, Hum and myself
[2018-02-14 15:21:33] <tom.warburton> how/who can add agents?
[2018-02-14 15:23:51] <tom.warburton> rather licenses? - we need at least 11, i would recommend 15 . . .
[2018-02-14 15:28:09] <sam> Tell juan.flores
[2018-02-14 15:28:18] <sam> He is logged into admin account
[2018-02-14 15:28:25] <sam> he should be able to go to billing and add users
[2018-02-14 15:28:30] <sam> we have 5 tell him to add 10 more
[2018-02-14 16:09:54] <tom.warburton> will do
[2018-02-14 18:43:56] <enrique.perez> Sam, I have looked at the information available for ZOHO. They are ISO27001-2013 certified and have compliant SOC2 Report. There is good news. However, I do have some questions for their security team regarding encryption of data at rest, data loss prevention, ransomware protection, DDoS protection and Administrator Privileges monitoring. I was able to get a contact from Jessica in our Legal Team, who I will submit questions to.
[2018-02-14 18:45:59] <enrique.perez> On Friday Huma is giving the Legal Team a walk through of the application and I will join the session to see what other areas need attention.
[2018-02-14 18:47:20] <enrique.perez> Do you know who setup original contract with them to determine what controls we signed up for?
[redacted]

---- 2018-02-15 ----
[redacted]
[2018-02-15 16:53:11] <sam> I see documents such as Utility bills coming into the support email. We should NOT be doing that. Idk the ins and outs of the law I just know from previous places we cant email sensitive documents like that. It either needs to be uploaded through a secure portal or through the <http://CentraWallet.com|CentraWallet.com> Tier Upload Doc Page (Which is secure). Please lets make this change immediately <!channel>
[2018-02-15 16:58:35] <tom.warburton> We have instructed the CSRs to direct all people to the Wallet

for uploading pics, etc. If, however, a customer sends us a pic, we screenshot and attach to their file. If we respond to a message that had an attachment, we are removing the portion with the attachment before responding. If any of you become aware of exceptions to this, I would ask that you make me aware so that I can take appropriate corrective action. Thanbks
[2018-02-15 17:01:35] <tom.warburton> btw - just spotted the utility bill item - addressing the team now
[2018-02-15 17:17:50] <sam> thx
[2018-02-15 17:53:14] <allan> Agreed. That is why we created a document upload page.
[2018-02-15 18:40:55] <steven> lorraine.martinez, please be aware that RJ was a bit upset with the attire people were dressed in yesterday. Not sure why everyone had on the Centra T-Shirts, but I know it bothered him. So we need to make sure that everyone understands what Business Casual means. We can make Friday a "Relaxed Casual" (No sweats, not that relaxed), but other days, dress needs to be more professional. We should make this clear now while we are small and its not out of control. Also we should consider a small clothing allowance for anyone that is on the front desk. We pay them little, but we expect them to be the face of the office. Something to consider. Other thoughts?
[2018-02-15 19:07:40] lorraine.martinez joined the channel
[2018-02-15 19:08:58] <sam> steven Great points, lorraine.martinez Please implement that as soon as you can. I think we have hired all professionals so I'm sure they have the proper attire. IMO front desk get's paid more than the typical front desk, but anyways lets implement these changes immediately. Thank you
[2018-02-15 19:10:13] <sam> Moving forward please have executives all dress in proper business attire as well as employees so it's a fair change for everyone (except for Friday) lorraine.martinez
[2018-02-15 19:12:06] <lorraine.martinez> Perfect. I will go ahead and prepare a memo to send out to our employees today regarding proper office attire.
[2018-02-15 19:13:30] <lorraine.martinez> Do we want to reference that Friday's jeans are allowed.
[2018-02-15 19:13:32] <lorraine.martinez> ?
[2018-02-15 19:15:45] <steven> Lets chat about the Jeans.. Today there are dress jeans that the guys where in both IT and Operations. I don't have an issue with them but we just need to be consistent.
[2018-02-15 19:16:00] <sam> Friday Jeans are okay
[2018-02-15 19:16:06] <sam> Other than that i want people in business atire
[2018-02-15 19:16:19] <steven> Slacks.. Ok
[2018-02-15 19:16:19] <sam> Monday-Thur
[2018-02-15 19:16:21] <sam> Yes
[2018-02-15 19:16:22] <sam> Slacks
[2018-02-15 19:16:33] <sam> or equivalents
[2018-02-15 19:16:52] <sam> Unless someone has another opinion I am open to listen.
[2018-02-15 19:17:38] <lorraine.martinez> No problem. What I will do is prepare the memo and I can post here for feedback prior to sending out to everyone.Does that sound like a good plan?
[2018-02-15 19:45:46] <sam> yes
[2018-02-15 19:50:34] <enrique.perez> Wow, what a relief. It is tough to be the best dressed in the office. But, again I am so vane.
[2018-02-15 20:21:59] <enrique.perez> Sam, we need to make a decision on the approach to physical security. We have two options. Use a Tier 1 provider and reduce the requirement scope or keep the same scope with a second tier provider. I will let you talk it over with Robert. Let me know what direction you want to go.
[2018-02-15 21:24:30] <lorraine.martinez> Team, I am attaching a dress code policy memo I've created for your review and feedback. Please let me know so I may send out before the EOD.
[2018-02-15 21:24:38] lorraine.martinez shared file F9B10509M
[2018-02-15 21:31:17] <sam> Great lorraine.martinez
[2018-02-15 21:32:16] <lorraine.martinez> sam I do need to change the heading under Dress Code Policy: Business Casual Attire Memo
[2018-02-15 21:33:23] <sam> allan is everything good with that doc
[2018-02-15 21:33:55] <allan> I will review and advise
[2018-02-15 22:05:55] <david> I just finished my meetings and picked up on the chain. lorraine.martinez I'll review and share any comments as well.
[2018-02-15 22:06:18] <david> allan I'll need an NDA and will e-mail you separately. Thx.
[2018-02-15 22:19:51] <allan> Loarraine, can you send me the Word version of this to make some modifications? Thanks.
[2018-02-15 22:28:11] <enrique.perez> The following request has been sent to ZOHO Dear Madam,

Good morning, my name is Enrique "Rick" Perez. I am the Chief Information Security Officer for the Centra Tech organization. I work closely with the Chief Technology Officer, Mr. Steve Sykes. We are currently reviewing all of our systems, ZOHO being one of them. I went into your web site to conduct a preliminary review of the type of controls that are currently present in your hosting environment. We use the CRM solution of the product. I can see your organization takes security extremely seriously, fact that can be supported by your certifications in ISO/IEC27001, having a compliant SOC 2 Report and being certified by EU-US Privacy Shield.

CENTRA is crypto-currency payment solution and the personal information of our customers is paramount. Currently in the wild, there are a few attacks that I am concerned about. They are the following:

Introduction of RANSOMWARE
Introduction of APTs, Worms and Root Kits
Introduction of Trojan Horses
Data exfiltration of PII information and sensitive data through the Endpoint and I-NET Gateway
DDoS Attacks
Abuse of Privileges by Network Administrators
Even though, I am pretty sure your organization has solutions in place to address these attacks, we would like to know more details.

I would also like to know if our information stored in your environment is "encrypted" and what level of encryption is used. If not, we would like to know if you have the capability of encrypting data at rest.

I understand you are legal counsel and these may not sound familiar. However, I would appreciate if you could forward our request to the Information Security Team. Our Operating Steering Committee is really concerned about these issues so I would appreciate if you could expedite our request.

Sincerely,
[2018-02-15 23:14:28] <enrique.perez> ATTENTION EVERYONE: There are new digital locks installed at Management's request. The code remains the same (1739). You will still have to turn two knobs as you exit. However, when you exit, after the door closes, it will lock automatically in 30 seconds.

---- 2018-02-16 ----

[2018-02-16 13:29:49] allan shared file F9AC1K3EZ

[2018-02-16 16:32:50] <david> lorraine.martinez I am fine with the Dress Code policy.
[2018-02-16 16:33:18] <david> <https://www.theverge.com/2018/2/15/17017374/coinbase-cryptocurrency-bitcoin-ether-unauthorized-charges> attachments: [{"service_name":"The Verge","title":"Coinbase is erratically overcharging some users and emptying their bank accounts","title_link":"https:\/\/www.theverge.com\/2018\/2\/15\/17017374\/coinbase-cryptocurrency-bitcoin-ether-unauthorized-charges","text":"\u2018I am FREAKING OUT\u2019","fallback":"The Verge: Coinbase is erratically overcharging some users and emptying their bank accounts","image_url":"https:\/\/cdn.vox-cdn.com\/thumbor\/BioajHQMiZ1Z2awhYECQdFbIiUU=\/0x371:5184x3085\/fit-in\/1200x630\/cdn.vox-cdn.com\/uploads\/chorus_asset\/file\/10234601\/917474098.jpg.jpg","image_width":478,"image_height":250,"ts":1518721621,"from_url":"https:\/\/www.theverge.com\/2018\/2\/15\/17017374\/coinbase-cryptocurrency-bitcoin-ether-unauthorized-

charges","image_bytes":88036,"service_icon":"https:\/\/cdn.vox-cdn.com\/uploads\/chorus_asset\/file\/7395359\/ios-icon.0.png","id":1}]
[2018-02-16 16:43:43] <lorraine.martinez> david Thanks David.

---- 2018-02-18 ----

[redacted]

[2018-02-18 14:43:14] <tom.warburton> Gents, the calculation on the remaining balance after a Send (in the Wallet) is incorrect.
[2018-02-18 14:44:28] tom.warburton shared file F9BVCCXTR
[2018-02-18 14:44:57] tom.warburton shared file F9AQW2AKD
[2018-02-18 14:45:51] <tom.warburton> i tricked it to satisfy my OCD, but note the projected "remaining balance" and actual balance after transaction
[2018-02-18 14:46:17] <tom.warburton> it appears to be the same for all coins
[2018-02-18 15:49:35] <robert> tom.warburton which wallet
[2018-02-18 15:49:47] <robert> Webwallet?
[2018-02-18 16:21:31] <tom.warburton> Yes
[2018-02-18 16:21:51] <tom.warburton> But I suspect the same method for all
[2018-02-18 16:24:47] <robert> PM

---- 2018-02-20 ----
[2018-02-20 15:58:17] <sam> How's the nice actimize process been working ?
[2018-02-20 15:59:58] <sam> steven allan
[2018-02-20 16:05:02] <allan> Waiting on IT to start the nightly batch proces
[2018-02-20 16:07:13] <sam> Okay
[2018-02-20 16:11:54] <allan> Steve needs to inform us how the nightly batch is automatically triggered to send to Actimize nightly as we don't know
[2018-02-20 16:38:55] <steven> Allan remember we were waiting for data from Tom.
[2018-02-20 16:39:12] <steven> i will follow up.
[2018-02-20 19:13:01] <tom.warburton> We may be confusing Trulioo with Nice|Actimize
[2018-02-20 19:14:31] <tom.warburton> correct me if I'm wrong - my understanding from our meeting was that OFAC was running behind the scenes as Wallets/Rush Orders were created. We haven't given that much attention since that coversation.
[2018-02-20 19:15:15] <tom.warburton> In terms of The Trulioo, Huma and I are working with Jessica to identify customers prepared for KYC
[2018-02-20 19:15:44] <tom.warburton> we are compiling a list of @ 500 files to be tested
[2018-02-20 19:16:21] <tom.warburton> Trulioo would prefer as few countries as possible with as many files in each
[2018-02-20 19:17:03] <tom.warburton> we are doing that to the extent we can, but I am interested in testing their capability and would like to see other countries to measure their capability
[2018-02-20 19:17:28] <steven> Tom, on chatting with you and Jary.
[2018-02-20 20:24:31] <sam> I rather not use Trulioo
[2018-02-20 20:24:54] <sam> as i paid 200k for Nice Actimize
[2018-02-20 20:24:59] <sam> and rather just get it working even if it's slower
[2018-02-20 20:26:18] <allan> It will be part of the cost with Actimize but not sure scope yet as depends on volume

---- 2018-02-21 ----
[2018-02-21 12:46:47] <allan> Website is down
[2018-02-21 12:56:54] <david> Just saw that too.
[2018-02-21 14:31:56] <steven> We are working the issue. This is not a hack. There is a redirection issue in WordPress code. We now have the maintenance page up.
[2018-02-21 14:32:35] <sam> Why is SSH not working steven ?
[2018-02-21 14:33:30] <steven> That was just a key issue. The key was changed for security reasons. Guys have correct key now.
[2018-02-21 14:34:21] <sam> Ok thanks
[2018-02-21 14:34:23] <sam> good

---- 2018-02-22 ----

[redacted]

---- 2018-02-23 ----
[2018-02-23 14:14:11] <sam> tom.warburton
[2018-02-23 14:14:15] <sam> For Jacob Rensel Please let staff know
[2018-02-23 14:14:20] <sam> do not email any more
[2018-02-23 14:14:30] <sam> This should of been communicated with you and huma
[2018-02-23 14:15:07] <enrique.perez> Good morning, guys. In our last staff meeting we decided that we would scale down our physical security requirements and go back to ADT for an another quote. Yesterday we had a couple of vendors show up unannounced and additionally HUMA indicated RJ requested some door readers. I am putting on hold the second request to ADT until it is clear who will coordinating the enhancement of security posture.
[2018-02-23 14:20:22] <sam> robert any comments I'm unaware
[2018-02-23 15:58:48] <allan> I believe Robert is examining putting in a 4 or 5 door card reader system through the original vendor who installed our front door video system. We will still need an alarm system and monitoring by someone after that is installed in order to further protect the two offices.
[2018-02-23 16:01:02] <sam> Rick was the quote for 18K including alarm and cameras ?
[2018-02-23 16:52:06] <enrique.perez> Yes, we could probably bring it down considerably by eliminating badge out in 3 outer doors and removing badge in in the main suit.
[2018-02-23 18:51:52] <sam> How much
[2018-02-23 18:51:54] <sam> Let me know
[2018-02-23 18:51:59] <sam> We need to get something ASAP
[2018-02-23 22:39:20] <enrique.perez> I will contact ADT early on Monday in the morning
[2018-02-23 22:59:23] <tom.warburton> lets get a cafeteria price list Rick
[2018-02-23 22:59:40] <tom.warburton> then we can pick and choose, then leverage for a lower price
[2018-02-23 23:08:24] <enrique.perez> No problem, I am on it first thing Monday

---- 2018-02-24 ----
[2018-02-24 17:44:15] <enrique.perez> Guys. I hooked up with ADT just a few minutes ago. I gave them the reduced scope as discussed in our meeting on Wednesday. I will be working with them on Monday to get a quote by EOB. We have a music studio being built next to our offices. I expect heavy traffic of questionable characters at all times of the day including weekends. We need something solid in place.
[2018-02-24 22:58:57] <david> Thanks Rick for following up.

---- 2018-02-25 ----
[2018-02-25 15:38:46] <enrique.perez> This is a feature that maybe a differentiator for our product offerings.
[2018-02-25 15:39:05] <enrique.perez> <https://cointelegraph.com/news/new-cryptocurrency-debit-card-harnesses-ai-to-give-customers-the-best-deal> attachments:
[{"service_name":"Cointelegraph","title":"New Cryptocurrency Debit Card Harnesses AI To Give Customers The Best Deal","title_link":"https:\/\/cointelegraph.com\/news\/new-cryptocurrency-debit-card-harnesses-ai-to-give-customers-the-best-deal","text":"The financial cryptocurrency platform is using their unique payment card which utilises AI for the most valuable purchases in real time.","fallback":"Cointelegraph: New Cryptocurrency Debit Card Harnesses AI To Give Customers The Best Deal","image_url":"https:\/\/cointelegraph.com\/images\/725_Ly9jb21udGVsZWdyYXBoLmNvbS9zdG9yYWdlL3VwbG9hZHMvdmlldy84OGQ2OTViOWIxY2FkNGJhMjk0OTk1NDljYmEwOTMzOC5qcGc=.jpg","from_url":"https:\/\/cointelegraph.com\/news\/new-cryptocurrency-debit-card-harnesses-ai-to-give-customers-the-best-deal","image_width":375,"image_height":250,"image_bytes":56206,"service_icon":"https:\/\/cointelegraph.com\/apple-icon-57x57.png?v1","id":1}]

[2018-02-25 18:03:29] <david> Thanks Rick

---- 2018-02-26 ----

---- 2018-02-27 ----
[2018-02-27 23:43:03] lorraine.martinez shared file F9GV2K0TZ

---- 2018-02-28 ----
[2018-02-28 00:50:53] <david> Thanks Lorraine.
[2018-02-28 00:59:38] <sam> thanks Lorraine

[2018-02-28 12:07:22] <allan> lorraine.martinez I would add a field for the Department. I would then create a code for each Department so that we can track individual departmental expenses (i.e. IT, Operations, Legal, Info Sec., etc.). All else look good. Thanks.
[2018-02-28 15:29:50] <lorraine.martinez> allan Yes, great idea. I will make the changes on the form and match departmental codes I have created in our payroll system for reporting purposes. Thanks.

---- 2018-03-07 ----
[2018-03-07 16:55:42] <david> FYI -- Guidance from the SEC today on Online Trading Platforms <https://www.sec.gov/news/public-statement/enforcement-tm-statement-potentially-unlawful-online-platforms-trading> attachments: [{"title":"SEC.gov | Statement on Potentially Unlawful Online Platforms for Trading Digital Assets","title_link":"https:\/\/www.sec.gov\/news\/public-statement\/enforcement-tm-statement-potentially-unlawful-online-platforms-trading","text":"Statement on Potentially Unlawful Online Platforms for Trading Digital Assets Divisions of Enforcement and Trading and Markets March 7, 2018","fallback":"SEC.gov | Statement on Potentially Unlawful Online Platforms for Trading Digital Assets","from_url":"https:\/\/www.sec.gov\/news\/public-statement\/enforcement-tm-statement-potentially-unlawful-online-platforms-trading","service_icon":"https:\/\/www.sec.gov\/themes\/custom\/secgov\/favicon.ico","service_name":"sec.gov","id":1}]

---- 2018-03-08 ----
[2018-03-08 14:45:03] <steven> Team, Please be aware there may be "Faked" emails asking you to move digital currency to an address. Please ignore them and report any such occurrences to me and Enrique immediately. Please share with your team members as needed.
[2018-03-08 15:00:38] <david> Will do. Thanks for the heads-up.
[2018-03-08 17:14:47] <sam> tom.warburton
[2018-03-08 17:14:55] sam shared file F9L8PC2HX
[2018-03-08 17:15:01] <sam> Just have him use proper English please. Has not have
[2018-03-08 17:15:22] <sam> We want to give a full professional feel even with the language used in communications. Thank you tom.warburton
[2018-03-08 18:05:37] <tom.warburton> Absolutely
[2018-03-08 18:05:56] <tom.warburton> I will coach and council to slow down

[2018-03-08 20:44:04] <enrique.perez> Boss, if you recall I had a feeling the CFTC was going to be "the regulator". You owe me a CUBAN COFFEE:grin:

[2018-03-08 21:57:04] <enrique.perez> Maybe good for us, DIVIDE and CONQUER!!!

Private conversation between allan, sheenae13
Created: 2017-10-10 17:12:41
Type: Direct Message

\################################################################

Messages:

---- 2017-10-10 ----
[redacted]
[2017-10-10 19:28:11] <sheenae13> Tomorrow would be fine.
[redacted]
[2017-10-10 20:51:10] <allan> yes
[redacted]
[2017-10-10 21:19:25] <allan> When do you want to do the call?
[2017-10-10 21:22:57] <sheenae13> is now ok?
[2017-10-10 21:27:56] <sheenae13> i'm ready
[2017-10-10 21:36:25] <allan> Yes, I will call you now

---- 2017-10-11 ----
[2017-10-11 17:56:05] <sheenae13> Did you get a hold of your contact?
[2017-10-11 18:09:27] <allan> Hi Sheena. Yes, she responded this morning and is getting me prices from sales. I will let you know but it is probably similar to WC and thus I will probably recommend we use CSC; however, let's see what price she comes back with.
[2017-10-11 18:10:13] <sheenae13> Ok! Sounds good to me.

---- 2017-10-12 ----
[redacted]
Filing Name: Centra Tech Inc..
[2017-10-12 15:25:02] <sheenae13> This is the email but I can forward you a PDF in an email of it if you would like. Also I was wondering about your contact at CSC for the agents.....need to get moving on that so if we don't have any info on that yet it might be a good idea to touch base with her again and see where we are at with that
[2017-10-12 16:09:42] <allan> Nice. Please forward me (allan@centra.tech) the PDF for my file. Thanks Sheena.
[2017-10-12 16:13:37] <sheenae13> Ok. I am not sure if you will be able to see it or not though because it requires a certain PDF viewer in order to open the page but I will forward it to you now
[2017-10-12 16:14:03] <sheenae13> Where are we at with the CSC contact and getting pricing for the agents?
[2017-10-12 17:41:17] <allan> Still waiting for my contact (Kara) to get me prices; pinged her again this morning but no response yet.
[2017-10-12 17:44:06] <sheenae13> Okay well I'm going to talk to Sam. It might be better to just go ahead and move forward with the other company so that we can get going on this and not have to wait around on people anymore now that we have the fincen registration number I'd really like to just get

moving with this and not have to wait anymore
[2017-10-12 18:42:01] <allan> Called back and will have an answer in the next 30 minutes. I suspect we will go with CSC today.
[2017-10-12 18:52:45] <sheenae13> OK

---- 2017-10-16 ----
[2017-10-16 18:19:41] <sheenae13> still not able to access anything on that email...there is nothing attached to any of them
[2017-10-16 18:42:37] <allan> I sent the text of the PDF you sent me in the email but here it is again for ease of reference:

Private conversation between dey, allan
Created: 2017-10-10 20:14:18
Type: Direct Message

####################################################################

Messages:

---- 2017-11-14 ----

---- 2017-11-17 ----

[2017-11-17 18:04:41] <allan> Yes, approved; one suggestion is that the line to the left of the
brochure's introduction paragraph seems like it is to high on the top and not low enough on the bottom.
Not a compliance issue so you can fix it or not but wanted to point it out.

Private conversation between tom.warburton, allan
Created: 2017-12-30 16:11:02
Type: Direct Message

##################################################################################

Messages:

---- 2017-12-30 ----

Private conversation between tom.warburton, allan, lorraine.martinez
Created: 2018-02-17 00:25:03
Type: Multi-Party Direct Message

#################################################################

Messages:

---- 2018-02-17 ----
[redacted]
[2018-02-17 00:48:00] <tom.warburton> thats fine - thank you for all the hard work! youre doing a wonderful job.
[2018-02-17 00:50:02] <lorraine.martinez> Thank you!! I have great leaders that guide me! Thank you both for your help!
[2018-02-17 00:50:58] <allan> Thanks!
[2018-02-17 00:51:22] <tom.warburton> yay!

---- 2018-02-20 ----
[2018-02-20 20:03:51] <lorraine.martinez> Hi there! I have completed the first draft of the EE Handbook.
[2018-02-20 20:05:02] lorraine.martinez shared file F9BFCMHR7
[2018-02-20 21:38:15] <tom.warburton> excellent

4/8/2019 FTK Report

Private conversation between jessica, david.gonzalez
Created: 2018-01-30 22:51:22
Type: Direct Message

##################################################################

Messages:

file:///Users/rj/Desktop/Slack (SW Return)/Index.html 1/1



Private conversation between enrique.perez, jaclyn
Created: 2018-03-20 20:50:57
Type: Direct Message

#################################################################

Messages:

---- 2018-03-20 ----
[redacted]
---- 2018-03-21 ----
[2018-03-21 15:11:00] <jaclyn> Hi Rick. Would you be available to meet before 2? Allan leaves at 2:20 so he asked to move it up.

4/8/2019 FTK Report

file:///Users/rj/Desktop/Slack (SW Return)/Index.html 1/1



Private conversation between allan, dey
Created: 2017-10-10 20:14:18
Type: Direct Message

###################################################################

Messages:





Private conversation between allan, sam
Created: 2017-10-10 17:12:40
Type: Direct Message

################################################################

Messages: