```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                    Plaintiff,              :
                                                            :
            -against-                                       :
                                                            :
SOHRAB SHARMA, et al.,                                      :
                                    Defendants,             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2019

18 Cr. 340 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 19, 2019, Defendants filed a Motion to Take Deposition pursuant to Rule 15 of the Federal Rules of Criminal Procedure (Dkt. No. 172);

WHEREAS, on September 20, 2019, the Government filed a letter motion, seeking an extension of the motions in limine deadlines and proposing a briefing schedule for Defendants' Motion to Take Deposition (Dkt. No. 174); it is hereby

**ORDERED** that by October 9, 2019, the parties shall file any motions in limine. By October 23, 2019, the parties shall file any responses to the motions.

**ORDERED** that the Government shall file a response to Defendants' Motion to Take Deposition by September 30, 2019. No Reply shall be permitted.

Dated: September 23, 2019
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE