UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                            Plaintiff,                      :
                                                            :         18 Cr. 340 (LGS)
            -against-                                       :
                                                            :         SCHEDULING ORDER
SOHRAB SHARMA, et al.,                                      :
                            Defendants,                     :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 4, 2019, Defendants filed a Motion to Return Ether (Dkt. No. 193); it is hereby

**ORDERED** that the Government shall file a response to Defendants' Motion to Return Ether by October 16, 2019.  No Reply shall be permitted.

Dated:  October 9, 2019
        New York, New York

_____
              LORNA G. SCHOFIELD
         **UNITED STATES DISTRICT JUDGE**