```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA


                -against-                                              1:18-cr-00340 (LGS)


SOHRAB "Sam" SHARMA,
RAYMOND "Ray" TRAPANI,
and ROBERT "RJ" FARKAS,

                Defendants.
-----------------------------------------------------------X
```

**DECLARATION OF LAUREN BOWMAN IN SUPPORT OF DEFENDANT SOHRAB "SAM" SHARMA'S MOTION *IN LIMINE* TO PRECLUDE THE GOVERNMENT FROM OFFERING EVIDENCE OF UNCHARGED ACTS AND PRIOR CONVICTIONS PURSUANT TO FEDERAL RULES OF EVIDENCE 404(b) AND 609**

I, Lauren Bowman, declare under penalty of perjury as follows:

1. I am a member of the law firm of Goodwin Procter LLP, attorneys for Defendant Sohrab Sharma in this action. I have personal knowledge of and am familiar with the facts and circumstances set forth herein by virtue of both my representation of Mr. Sharma and my review of the case file in this action.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated July 22, 2019 from Assistant U.S. Attorney's Samson Enzer and Negar Tekeei to counsel for Mr. Sharma, notifying Mr. Sharma of evidence the Government expects to admit pursuant to Federal Rule of Evidence 404(b).

3. Attached hereto as Exhibit B is a true and correct copy of the Certificate of Disposition, No. 119951, for Mr. Sharma's conviction for violation of Vehicle and Traffic Law Section §

1192.3, for *The People of the State of New York v. Sohrab Sharma*, (Dkt. No. 2016NY020228), dated October 7, 2019.

 4. Attached hereto as Exhibit C is a true and correct copy of the Certificate of Disposition Indictment, No. 67505, for Mr. Sharma's conviction for violation of Penal Law § 210.15, for *The People of the State of New York v. Sohrab Sharma*, Case No. 03159-2017, dated October 8, 2019.

 I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2019
New York, NY

           /s/ Lauren Bowman
           Lauren Bowman
           Goodwin Procter LLP
           620 Eighth Avenue
           New York, NY 10018
           (212) 813-8800
           lbowman@goodwinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2019, a true and correct of the forgoing was furnished by electronic delivery to all counsel of record.

/s/ Lauren Bowman
Lauren Bowman
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
lbowman@goodwinlaw.com

# Exhibit B

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK                              CERTIFICATE OF DISPOSITION
                                                   NUMBER:  119951
THE PEOPLE OF THE STATE OF NEW  YORK
            VS

SHARMA,SOHRAB                                       04/09/1991
Defendant                                           Date of Birth

8043 BOCA REO DRIVE                                 2276754L
Address                                             NYSID Number

BOCA RATON           FL   33433                     03/25/2016
City              State    Zip                      Date of Arrest/Issue

Docket Number: 2016NY020228                       Summons No:

VTL 1192.3 03 UM,VTL 1192.1 01 I,
Arraignment Charges


Case Disposition Information:

   Date          Court Action                    Judge                  Part
 07/20/2017   PLED GUILTY & SENTENCE IMPOSED   STATSINGER,STEVEN M     JURY5
              PG VTL 1192.3 03 UM
              $1000
              CONDITIONAL DISCHARGE=1Y
              COMMUNITY SERVICE=5D
              DRINKING DRIVER REFERRAL
              IID=1Y
 11/13/2017   EXECUTION OF SENTENCE              CHU,P                  ASC
              PAID


     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
FANELLI,R                                         10/07/2019
COURT OFFICIAL SIGNATURE AND SEAL                  DATE       FEE: 10.00
```

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed and expunged as of August 28, 2019. The court system is in the process of updating its records, but in the meantime, it is an unlawful discriminatory practice unless specifically required or permitted by statute, for any entity to make any inquiry about an expunged conviction or to use an expunged conviction adversely, whether in any form of application or otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

# Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK     FEE:$10.00
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 10/08/2019     CERTIFICATE OF DISPOSITION NUMBER: 67505

PEOPLE OF THE STATE OF NEW YORK
VS.

| | |
|---|---|
| CASE NUMBER: | 03159-2017 |
| LOWER COURT NUMBER(S): | |
| DATE OF ARREST: | 10/10/2017 |
| ARREST #: | M17661346 |
| DATE OF BIRTH: | 04/09/1991 |
| DATE FILED: | 09/19/2017 |

SHARMA, SOHRAB

DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 02/21/2018 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE OBUS,M THEN A
JUSTICE OF THIS COURT.

PERJURY 1st DEGREE PL   210.15 00 DF
PERJURY 1st DEGREE PL   210.15 00 DF

THAT ON 08/14/2019, UPON THE AFORESAID CONVICTION BY PLEA THE HONORABLE
OBUS,M THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

PERJURY 1st DEGREE PL   210.15 00 DF
$ = $5,000
COMMUNITY SERVICE = 50   HOUR(S)
PROBATION = 5 YEAR(S)

PERJURY 1st DEGREE PL   210.15 00 DF
COMMUNITY SERVICE = 50   HOUR(S)
PROBATION = 5 YEAR(S)

TOTAL FINE = $5,000 (PAID)
CVAF = $25 (PAID)
DNA = $50 (PAID)
SURCHARGE = $300 (PAID)

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 10/08/2019.

                                             COURT CLERK

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.