GOODWIN

Grant P. Fondo
+1 650 752 3236
GFondo@goodwinlaw.com

Lauren A. Bowman
+1 212 459 7228
LBowman@goodwinlaw.com

Goodwin Procter LLP
601 Marshall Street
Redwood City, CA  94063

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 650 752 3100
+1 212 813 8800

October 25, 2019

The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    United States v. Sharma et al., 18-00340-CR-LGS**

Dear Judge Schofield:

We write on behalf of the defendants in the above-mentioned action, Sohrab Sharma and Robert Farkas, in response to the government's October 25, 2019, letter (DE-222) regarding a proposed briefing schedule to defendants' motion for reconsideration (DE-221), and requesting the government's opposition to defendants' motion for reconsideration be set for November 13, 2019.

Defendants believe their motion for reconsideration is an important motion, and understand the government may need additional time to respond to it.  Thus, the defendants do not object to the government's request to file its opposition on November 13, 2019.

Respectfully submitted,

/s/ Grant Fondo
Grant P. Fondo (*admitted pro hac vice*)
Goodwin Procter LLP
601 Marshall Street
Redwood City, CA  94063
(650) 752-3100
gfondo@goodwinlaw.com

/s/ Lauren Bowman
Lauren Bowman
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
lbowman@goodwinlaw.com



The Honorable Lorna Schofield
Page 2

/s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
(305) 899-0438
sobeachlaw@aol.com

/s/ Denis Kelleher
Denis Kelleher
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005
(212) 482-0007
dkelleher@talkinlaw.com

*Attorneys for Defendant Sam Sharma*

s/ Paul D. Petruzzi
Law Offices of Paul D. Petruzzi
Paul D. Petruzzi, P.A.
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
(305) 373-6773
Petruzzi-Law@msn.com

/s/ Brian E. Klein
Brian E. Klein
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
(424) 652-7800
bklein@bakermarquart.com

/s/ Sanford Talkin
Sanford Talkin
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor



The Honorable Lorna Schofield
Page 3

New York, New York 10005
(212) 482-0007
samt@talkinlaw.com

*Attorneys for Robert Farkas*

cc:     All counsel of record (*via ECF*)

ACTIVE/101295664.1