

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2019

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 25, 2019

**BY ECF AND EMAIL**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED in part.  The Government shall file a response to Defendants' Motion for Reconsideration to Take Depositions by November 11, 2019.  No reply will be permitted.
Dated: October 28, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *United States* v. *Sohrab Sharma, et al.*, 18 Cr. 340 (LGS)

Dear Judge Schofield:

The Government writes to respectfully request a briefing schedule to respond in opposition to the defendants' October 23, 2019 Motion for Reconsideration to Take Depositions Pursuant to Rule 15 (Dkt. No. 221). Specifically, the Government requests a deadline of November 13, 2019 for its opposition to the defendants' motion.

Respectfully submitted,

CRAIG STEWART
Attorney for the United States
Acting Under 28 U.S.C. § 515

By:    /s/_____
Samson Enzer / Negar Tekeei / Daniel Loss
Assistant United States Attorneys
(212) 637-2342 / -2482 / -6527

cc:    All counsel (via ECF)