

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 9, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2019

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Sohrab Sharma et al.,* **18 Cr. 340 (LGS)**

Dear Judge Schofield:

Your Honor previously excluded time under the Speedy Trial Act through December 9, 2019 when that was the date set for trial to begin in this case. The Government respectfully requests, with the consent of defendants Sharma and Farkas through their respective counsel, that time under the Speedy Trial Act be excluded until the new trial date of April 20, 2020 because the ends of justice served by such an exclusion outweigh the best interest of the public and the defendants in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A). The requested exclusion is warranted to give the defendants sufficient time to prepare for trial, including to review the voluminous discovery productions that the Government has provided to the defendants and to prepare various submissions and disclosures in anticipation of trial.

Respectfully submitted,

CRAIG STEWART
Attorney for the United States
Acting Under 28 U.S.C. § 515

By:   ___/s_____
Samson Enzer / Negar Tekeei / Daniel Loss
Assistant United States Attorneys
(212) 637-2342 / -2482

cc:   All counsel (via ECF)

Application Granted. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and April 20, 2020 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and April 20, 2020 is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 244.

Dated: December 11, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**