

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 23, 2020

*Application GRANTED. The parties shall file a joint status letter by January 28, 2020, updating the Court as to the status of expert discovery and its impact on the Government's motion to preclude defense experts. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 256.*

*Dated: January 24, 2020*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BY ECF AND EMAIL**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States* v. *Sohrab Sharma, et al.*, 18 Cr. 340 (LGS)

Dear Judge Schofield:

The Government writes, on behalf of the parties, to respectfully request an extension of parties' January 24, 2020 deadline to file a joint status letter updating the Court as to the status of expert discovery and its impact on the Government's motion to preclude defense experts, pursuant to the Court's January 21, 2020 Order (Dkt. 254). The parties respectfully request an extension until January 28, 2020 to file the joint status letter. On January 21, 2020, the defendants submitted a second supplemental expert disclosure to the Government. On January 22, 2020, the Government asked the defendants to provide further disclosures, and the defendants responded that they are seeking to address the Government's concerns and to circulate a revised disclosure by today (January 23, 2020). Accordingly, the parties request a brief extension of the January 24, 2020 deadline to January 28, 2020 so that the defense can provide the Government with its revised disclosures, and the Government can review and consider such disclosures, before the parties update the Court as to the status of expert discovery and its impact on the Government's motion to preclude defense experts.

Respectfully submitted,

CRAIG STEWART
Attorney for the United States
Acting Under 28 U.S.C. § 515

By: ___/s/_____
Negar Tekeei / Samson Enzer / Daniel Loss
Assistant United States Attorneys
(212) 637-2482 / -2342 / -6527

cc: All counsel (via ECF)