UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES,

              -against-

SOHRAB SHARMA, et al.,
                              Defendants.
------------------------------------------------------------X

18 Cr. 340 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 13, 2020, the Government filed a motion to compel under seal;

WHEREAS, the Government informed the Court that the Defendants have requested two weeks to respond to the motion. The Government opposes the request and requests that the Court require the response within one week. It is hereby

ORDERED that the Defendants shall file their opposition to the motion, if any, by February 27, 2020. The Government shall file any reply by March 5, 2020. These submissions shall be filed under seal.

New York, New York
Dated: February 14, 2020

                                                 LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE