```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                                :   DOC #:_____
UNITED STATES,                                  :   DATE FILED: 02/19/2020
                                                :
                                                :
                                                :        18 Cr. 340 (LGS)
            -against-                           :
                                                :            ORDER
SOHRAB SHARMA, et al.,                          :
                               Defendants.      :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 13, 2020, the Government filed a motion to compel under seal;

WHEREAS, on February 14, 2020, the Court set a briefing schedule whereby Defendants shall file their opposition to the motion, if any, by February 27, 2020, and the Government shall file any reply by March 5, 2020 (Dkt. No. 272);

WHEREAS, on February 18, 2020, Defendant Sohrab Sharma filed a motion to quash under seal that is related to the issues addressed by the Government's motion to compel. It is hereby

ORDERED that, to conserve judicial resources and avoid repetitive briefing, Defendants shall incorporate Defendant Sohrab Sharma's motion to quash into their opposition to the Government's motion to compel (to be filed by February 27, 2020). The Government shall file a consolidated reply in support of the motion to compel and in opposition to Defendant Sohrab Sharma's motion to quash by March 5, 2020. Defendant Sohrab Sharma shall file any reply in support of his motion to quash by March 12, 2020. These submissions shall be filed under seal. It is further

ORDERED that the parties shall file a joint status letter by February 26, 2020, outlining all remaining issues in dispute that may warrant motion practice prior to trial.

Dated: February 19, 2020
      New York, New York

                                                         **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**