**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

VIA ECF

February 20, 2020

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

RE:     United States v. Sohrab Sharma, et. al.
        18 Cr. 340

Dear Judge Schofield:

I am one of the attorneys who represent the defendant Sohrab Sharma with in the above-referenced indictment and submit this letter jointly on behalf of the defendants. I write to request a brief extension of the time to file the defendants' opposition to the government's motion to apply the crime-fraud exception to various attorney-client communications which is currently due on February 21, 2020.

The government filed this 61 page motion under seal on January 31, 2020 with approximately 600 pages of exhibits. Due to the sheer volume of this motion and the issues presented, the defendants need additional time to respond. Accordingly, the defendants would request until February 25, 2020. I have spoken to the government regarding this request, and the government consents to this application. The government would have one week to reply which would be March 3, 2020.

Thank you for your consideration in this matter.

Application GRANTED. Defendants shall file their opposition to the Government's motion to apply the crime-fraud exception by February 25, 2020. The Government shall file their reply in support of the motion, if any, by March 3, 2020.

Dated: February 21, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE