```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES,                                              :
                                                            :
                                                            :
                -against-                                   :
                                                            :
SOHRAB SHARMA, et al.,                                      :
                                Defendants.                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2020

18 Cr. 340 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 31, 2020, the Government filed a motion under seal requesting that the Court apply the crime-fraud privilege exception as to certain attorney-client communications in this case;

WHEREAS, the motion cites to various exhibits;

WHEREAS, the motion does not always provide pincites when citing the exhibits and the exhibits are not text-searchable. It is hereby

ORDERED that, by March 9, 2020, the Government shall email the Court an amended motion in which all citations to exhibits include pincites, as appropriate, in the following format: [page number] / [total number of pages in PDF document]. For example, "Ex. D at 50/420." It is further

ORDERED that, by March 9, 2020, the Government shall also email the Court the Exhibits to the motion in formats that are text-searchable. The Exhibits shall also be book marked by chapters within the PDF document where the Exhibits contain sub-exhibits. *See, e.g.,* Exhibit D.

Dated: March 4, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE