UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
UNITED STATES,           :
          :
          :
          :                    18 Cr. 340 (LGS)
          -against-    :
          :                    ORDER
SOHRAB SHARMA, et al.,   :
                    Defendants. :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference was held before the Court on March 5, 2020. It is hereby

**ORDERED** that Defendants shall file any sur-reply to the Government's motion to apply the crime-fraud exception under seal by **March 9, 2020**. Any such sur-reply shall be limited to matters that were newly raised in the Government's Reply and shall be limited to fifteen pages. It is further

**ORDERED** that Defendants' motion that their subpoenas on trial witnesses that are dated April 20, 2020 remain in effect despite the adjournment of the trial is GRANTED, provided that Defendants inform the witnesses in writing of the dates they must appear in court. It is further

**ORDERED** that, by **March 9, 2020**, the Government shall produce any *Jencks* material.

**ORDERED** that, by **March 23, 2020**, the parties shall confer and file a joint statement as provided in the Court's Individual Rule H.1., a joint proposed *voir* dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties. The Government shall produce any exhibits it intends to offer during its case-in-chief at trial, a list of those exhibits, and a list of witnesses whom the it intends to call during its case-in-chief at trial. It is further

**ORDERED** that, by **March 30, 2020**, each Defendant shall produce (1) any non-impeachment exhibits he intends to offer through Government witnesses during cross-

examination; (2) any exhibits he intends to offer during his case-in-chief at trial; (3) a list of witnesses whom he intends to call during his case-in-chief at trial. It is further

**ORDERED** that the final pretrial conference, scheduled for April 2, 2020, is ADJOURNED to **April 9, 2020, at 3:00 p.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. At the final pretrial conference, the Government shall provide the Court and the Defendants with a list of anticipated witnesses and exhibits, and the Defendants shall provide the Court and the Government with a list of potential witnesses for purposes of *voir* dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed. It is further

**ORDERED** that the jury trial, scheduled to begin on April 20, 2020, is ADJOURNED to **April 27, 2020 at 9:45 a.m.** The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule. No extensions will be granted absent extraordinary circumstances.

Dated: March 5, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**