```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                                :         DOC #:_____
    UNITED STATES,                              :         DATE FILED: 03/10/2020
                                                :
                                                :         18 Cr. 340 (LGS)
                    -against-                   :
                                                :              ORDER
    SOHRAB SHARMA, et al.,                      :
                                    Defendants. :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order at Dkt. No. 274 required the parties to file a status letter on March 6, 2020, updating the Court as to the status of the defense's expert discovery and its impact on the Government's pending motion to preclude defense experts;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that the parties shall file the letter by **March 12, 2020**.

Dated: March 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**