UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES,

                -against-

SOHRAB SHARMA, et al.,
                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2020

18 Cr. 340 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is **ORDERED** that a conference will be held on **March 26, 2020 at 3:00 p.m.** The conference will be <u>telephonic</u>. The time of the conference is approximate, but the parties shall be ready to proceed by that time. The Court will call the parties once the conference is ready to begin. It is further

    **ORDERED** that, by **March 25, 2020**, the parties shall file a joint letter, providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode. The parties shall ensure they are all dialed into the conference call by the appointed conference time. If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **March 25, 2020, at noon,** to make other arrangements. It is further

    **ORDERED** that all deadlines are STAYED sine die pending this conference call. It is further

    **ORDERED** that, by **March 24, 2020**, Defendants shall jointly file a letter on ECF providing the following for each of Defendants' counsel who expects to question witnesses, or make opening or summation statements on behalf of their clients at trial: (1) dates that counsel are unavailable, and (2) for each date or time period identified, the reason they are unavailable. If counsel is unavailable due to a conflict with scheduled events occurring another case, the letter

shall provide the court with any relevant information regarding the event and the case, including case name, docket number, name of the client(s) represented, and any other helpful information. The letter shall also include a summary chart of counsel's availability.

Dated: March 17, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**