UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES,

        -against-

SOHRAB SHARMA, et al.,
                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2020

18 Cr. 340 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The President of the United States has declared a national emergency due to the spread of the COVID-19 virus, and the Centers for Disease Control have noted that the best way to prevent illness is to minimize person-to-person contact. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1; it is hereby

      ORDERED that, by **March 20, 2020**, the Government and each Defendant shall file a letter on ECF stating either that (1) the party consents to participating in any scheduled proceedings (except trial, any evidentiary hearings, and any sentencing) telephonically or otherwise remotely as needed, and consents to Judge Schofield's participating in such proceedings and issuing orders from any location, including locations outside of the Courthouse; or (2) the party does not so consent and why.

Dated: March 18, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                               **UNITED STATES DISTRICT JUDGE**