```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES,                                          :
                                                            :    18 Cr. 340 (LGS)
                                                            :
                      -against-                             :    ORDER
                                                            :
    SOHRAB SHARMA, et al.,                                  :
                                              Defendants.  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 20, 2020, Defendants filed under seal a letter motion to compel the Government to comply with its Brady obligations. It is hereby

**ORDERED** that the Government shall file its response under seal by **April 10, 2020**.

Dated: March 23, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**