```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES,                                           :
                                                            :
                                                            :   18 Cr. 340 (LGS)
                                                            :
                -against-                                   :   ORDER
                                                            :
                                                            :
   SOHRAB SHARMA, et al.,                                   :
                                            Defendants.    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephone conference is scheduled for March 26, 2020, at 3:00 p.m. It is hereby

**ORDERED** that the conference will now occur on **March 26, 2020, at 11:10 a.m.** The time of the conference is approximate, but the parties shall be ready to proceed at that time. The Court will call the parties once the conference is ready to begin at the dial-in number provided in the letter to be filed pursuant to this Court's Order at Dkt. No. 308.

Dated: March 24, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**