UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  UNITED STATES,

                 18 Cr. 340 (LGS)

    -against-            ORDER

  SOHRAB SHARMA, et al.,
           Defendants.
------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

  WHEREAS a status conference was held before the Court on March 26, 2020;

  WHEREAS at this conference, the parties agreed to the Court adjourning the current April 2020 trial date to a date in September 2020 with a backup date in November 2020.  It is hereby

  **ORDERED** that, by **March 31, 2020**, Mr. Petruzzi shall file a letter on ECF to inform the Court whether his client in the matter of *United States v. Gypsy Tupano*, Case No. 19-CR-20524-Cooke (S.D. Fla.) consents to this Court's communication with the matter's assigned Judge regarding a possible coordination of trial dates.  It is further

  **ORDERED** that a telephonic conference will be held on A**pril 23, 2020, at 3:00 p.m.** and every thirty days thereafter, as needed, to discuss the status of any conflicts.  The parties shall file a joint letter by **April 20, 2020**, providing the court with (1) <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  The parties shall ensure they are all dialed into the conference call by the appointed conference time; and (2) the following for each of Defendants' counsel who expects to question witnesses, or make opening or summation statements on behalf of their clients at trial: (i) dates that counsel are unavailable, and (ii) for each date or time period identified, the reason they are unavailable.  If counsel is unavailable due to a conflict with scheduled events occurring another case, the letter shall provide the court with any relevant information regarding the event and the case, including case name, docket number, name of the

client(s) represented, and any other helpful information. The letter shall also include a summary chart of counsel's availability. It is further

**ORDERED** that Defendants' motion for their subpoenas served on trial witnesses, dated April 20, 2020, to remain in effect despite the adjournment of the trial is GRANTED, provided that Defendants inform the witnesses in writing of the dates they must appear in court. It is further

**ORDERED** that, by **July 30, 2020**, the parties shall confer and file a joint statement as provided in the Court's Individual Rule H.1., a joint proposed *voir* dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties. The Government shall produce any exhibits it intends to offer during its case-in-chief at trial, a list of those exhibits, and a list of witnesses whom the it intends to call during its case-in-chief at trial. It is further

**ORDERED** that, by **August 6, 2020**, each Defendant shall produce (1) any non-impeachment exhibits he intends to offer through Government witnesses during cross-examination; (2) any exhibits he intends to offer during his case-in-chief at trial; (3) a list of witnesses whom he intends to call during his case-in-chief at trial. It is further

**ORDERED** that the final pretrial conference, scheduled for April 9, 2020, is ADJOURNED to **August 27, 2020, at 3:00 p.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. At the final pretrial conference, the Government shall provide the Court and the Defendants with a list of anticipated witnesses and exhibits, and the Defendants shall provide the Court and the Government with a list of potential witnesses for purposes of *voir* dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed. It is further

**ORDERED** that the jury trial, scheduled to begin on April 27, 2020, is ADJOURNED to **September 3, 2020 at 9:45 a.m.** The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule. Furthermore, no extensions will be granted absent extraordinary circumstances. It is further

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and September 3, 2020, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A) and the time is hereby excluded. It is further

**ORDERED** that the parties and their counsel shall hold dates for a period of five weeks beginning on **November 12, 2020** in reserve, for use in the event that the trial is adjourned.

Dated: March 26, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**