UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SOHRAB SHARMA AND ROBERT FARKAS,

Defendants.

18 Cr. 340 (LGS)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Order issued by United States District Judge Lorna G. Schofield, (ECF No. 310), a Telephone Conference is scheduled for Friday, March 27, 2020 at 12:00 pm on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            March 27, 2020

                                SO ORDERED

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**