UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES,  :
:  18 Cr. 340 (LGS)
:
-against-  :  ORDER
:
SOHRAB SHARMA, et al.,  :
Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants Sohrab Sharma and Robert Farkas were indicted on May 14, 2018, on counts of conspiracy to commit securities fraud, securities fraud, conspiracy to commit wire fraud and wire fraud. The defendants are not currently in custody.

Defendants have eleven attorneys of record, and Defendants have represented that seven of those attorneys expect to question witnesses or make opening or summation statements on behalf of their clients at trial.

The trial has been adjourned four times, most recently due to the COVID-19 pandemic. It is currently scheduled for September 3, 2020 and is expected to last approximately four weeks. Defendants and their attorneys are not available after this date for trial until November 2020.

There exists a conflict with the current trial date due to Mr. Petruzzi's representation of the defendant, Mrs. Tupano, in the matter of *United States v. Gypsy Tupano*, No. 19-CR-20524 (S.D. Fla.). That matter is scheduled for trial from September 14 to 25, 2020, and Mr. Petruzzi predicts that the matter is unlikely to be resolved without a trial.

The Government represents that the indictment of Mrs. Tupano was issued in late 2019 and Mrs. Tupano is not currently in custody. The Government, on that basis, requested that the Courts attempt to coordinate trial scheduling.

Upon this Court's inquiry, Mrs. Tupano declined to consent to such communications to

attempt coordination.

This Court would welcome any accommodation that would enable both trials to proceed in a timely manner.

It is **ORDERED** that Mr. Petruzzi shall inform Judge Cooke of this order and, by **April 6, 2020,** shall file a letter on ECF to inform this Court that she has been so informed.

Dated: April 1, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE