UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                              :
    UNITED STATES,                            :
                                              :
                                              :        18 Cr. 340 (LGS)
                                              :
                 -against-                    :           ORDER
                                              :
    SOHRAB SHARMA, et al.,                    :
                              Defendants.      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 20, 2020, Defendants filed under seal a letter motion to compel the

Government to comply with its Brady obligations.  On April 10, 2020, the Government filed

under seal its response;

    WHEREAS, on April 14, 2020, by email to Chambers, Defendants requested permission

to file a reply.  It is hereby

    **ORDERED** that Defendants shall file under seal any letter reply, not to exceed ten pages,

by April 24, 2020.

Dated: April 15, 2020
       New York, New York

                                    _____
                                       **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**