UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES,

-against-

SOHRAB SHARMA, et al.,
                                  Defendants.
------------------------------------------------------------X

18 Cr. 340 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference is scheduled for April 23, 2020, at 3:00 p.m.;

WHEREAS, this Court's Order on March 26, 2020, directed the parties to file a joint letter by April 20, 2020, providing the court with (1) one telephone call-in number for a conference call, and if necessary a passcode; and (2) updated information regarding Defendants' counsel's schedules and conflicts (Dkt. No. 323);

WHEREAS, on April 20, 2020, the parties filed a joint letter providing the court with a telephone call-in number, but failed to provide updated information regarding Defendants' counsel's schedules (Dkt. No. 335).  It is hereby

**ORDERED** that the telephone conference, scheduled for April 23, 2020, is ADJOURNED to **April 30, 2020, at 3:00 p.m.**  It is further

**ORDERED** that, by April 27, 2020, the parties shall file a joint letter pursuant to this Court's Order at Dkt. No. 323.  The parties shall also include in the letter (1) any update regarding the trial scheduled in *United States v. Gypsy Tupano*, No. 19-CR-20524 (S.D. Fla.); and (2) any issues relating to the scheduled trial date that require this Court's attention.  If there are no issues that require this Court's attention, the conference will be canceled and another conference will be scheduled in one month's time.

Dated: April 21, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE