```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES,                                            :
                                                            :
                                                            :
                                                            :      18 Cr. 340 (LGS)
                    -against-                               :
                                                            :      ORDER
                                                            :
  SOHRAB SHARMA, et al.,                                    :
                                       Defendants.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference, scheduled for April 30, 2020, is CANCELED. The parties need not file the status letter on April 27, 2020 pursuant to the Court's Order at Dkt. No. 336. It is further

**ORDERED** that, by **October 8, 2020**, the parties shall confer and file a joint statement as provided in the Court's Individual Rule H.1., a joint proposed *voir* dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties. The Government shall produce any exhibits it intends to offer during its case-in-chief at trial, a list of those exhibits, and a list of witnesses whom the it intends to call during its case-in-chief at trial. It is further

**ORDERED** that, by **October 15, 2020**, each Defendant shall produce (1) any non-impeachment exhibits he intends to offer through Government witnesses during cross-examination; (2) any exhibits he intends to offer during his case-in-chief at trial; (3) a list of witnesses whom he intends to call during his case-in-chief at trial. It is further

**ORDERED** that the final pretrial conference, currently scheduled for August 27, 2020, is ADJOURNED to **October 27, 2020, at 3:00 p.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. At the final pretrial conference, the Government shall provide the Court and the Defendants with a list of anticipated witnesses and

exhibits, and the Defendants shall provide the Court and the Government with a list of potential witnesses for purposes of *voir* dire.  In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.  It is further

**ORDERED** that the jury trial, currently scheduled to begin on September 3, 2020, is ADJOURNED to **November 12, 2020 at 9:45 a.m.**  The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  Furthermore, no extensions will be granted absent extraordinary circumstances.

Dated: August 23, 2020
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**