UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
UNITED STATES,                                              :
                                                            :
                                                            :    18 Cr. 340 (LGS)
                                                            :
            -against-                                       :    ORDER
                                                            :
                                                            :
SOHRAB SHARMA, et al.,                                      :
                                           Defendants.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 20, 2020, Defendants filed under seal a letter motion to compel the Government to comply with its Brady obligations. On April 10, 2020, the Government filed under seal its opposition. On April 24, 2020, Defendants filed under seal a reply;

WHEREAS, on April 28, 2020, by email to Chambers, the Government requested leave to file under seal a sur-reply. Defendants oppose the request. It is hereby

**ORDERED** that the Government's request is DENIED. The Court does not require further briefing on this issue.

Dated: April 29, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**