UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
   UNITED STATES,                             :
                                              :              18 Cr. 340 (LGS)
                                              :
            -against-                         :              ORDER
                                              :
   SOHRAB SHARMA, et al.,                     :
                            Defendants.       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that a status conference will occur on **June 11, 2020, at 3:00 p.m.**  The conference will be telephonic.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The parties shall be prepared to engage in oral argument on the following motions: (1) the Government's motion to compel Defendants to comply with their obligations under the grand jury subpoena and Federal Rules of Criminal Procedure 16 and 17; (2) the Government's motion to compel Defendants to disclose before trial whether they intend to assert at trial arguments that rely on the presence or participation of counsel or purported counsel in particular events, transactions, or communications; and (3) Defendants' motion to compel the Government to comply with its Brady obligations.  It is further

**ORDERED** that, by **June 5, 2020**, the parties shall file a joint letter, providing the court with one telephone call-in number for a conference call, and if necessary a passcode.  The parties shall ensure they are all dialed into the conference call by the appointed conference time.  If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **June 5, 2020, at noon,** to make other arrangements.

Dated: May 6, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE