```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
    UNITED STATES,                                            :
                                                              :        18 Cr. 340 (LGS)
                                                              :
                     -against-                                :        ORDER
                                                              :
    SOHRAB SHARMA, et al.,                                    :
                                        Defendants.           :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference is scheduled for June 11, 2020, at 3:00 p.m.  It is hereby

ORDERED that the status conference is ADJOURNED to **June 25, 2020, at 2:00 p.m.**  It is further

**ORDERED** that, by **June 18, 2020**, the parties shall file a joint letter, providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **June 18, 2020, at noon,** to make other arrangements.

Dated: May 29, 2020
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**