UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES,                                                :
                                                              :
                                                              :    18 Cr. 340 (LGS)
                                                              :
           -against-                                          :    ORDER
                                                              :
SOHRAB SHARMA, et al.,                                        :
                                     Defendants.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference is scheduled for June 25, 2020, at 2:00 p.m.  It is hereby

ORDERED that the status conference is ADJOURNED to **July 9, 2020, at 2:00 p.m.**  It is further

**ORDERED** that, by **July 2, 2020**, the parties shall file a joint letter, providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **July 2, 2020, at noon,** to make other arrangements.

Dated: June 15, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE