UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  UNITED STATES,

                                                       18 Cr. 340 (LGS)

                -against-                         ORDER

  SOHRAB SHARMA, et al.,
                                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a status conference is scheduled for July 9, 2020, at 2:00 p.m.  It is hereby

       ORDERED that the status conference is ADJOURNED to **August 6, 2020, at 2:00 p.m.**
It is further

       **ORDERED** that, by **July 30, 2020**, the parties shall file a joint letter, providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **July 30, 2020, at noon,** to make other arrangements.

Dated: June 30, 2020
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE