# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

---

07/13/2020

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Application Granted.  The change of plea hearing is hereby referred to the Magistrate Judge on duty.  The parties shall promptly schedule a plea date and email the executed plea agreement or Pimentel letter to Chambers.*

*Dated: July 13, 2020*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

**Re:   United States v. Sohrab Sharma, et al. (18 Cr. 340)**
   Sohrab "Sam" Sharma

Dear Judge Schofield:

    The defendant, Sohrab "Sam" Sharma ("Sharma"), and the government have agreed on a disposition of this matter. For this reason, the parties respectfully request that a change of plea hearing be scheduled on a day and time that is convenient to the Court. Defendant will consent to appear at the hearing by video and/or phone conference and will consent to appear before a Magistrate Judge for the change of plea. Mr. Sharma will execute the necessary waivers prior to the change of plea hearing. Upon the Court's acceptance of Sharma's entered plea, he will move to withdraw all of his pending pretrial motions.

    Should you have any questions, do not hesitate to contact me.

    Respectfully submitted,

/s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
Gennaro Cariglio Jr., P.L.
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
(305) 899-0438
Sobeachlaw@aol.com
Attorney for Sohrab "Sam" Sharma

CC: All counsel of record