```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :      ORDER
            - v. -                      :
                                        :      18 Cr. 340 (LGS)
SOHRAB SHARMA,                          :
                                        :
            Defendant.                  :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, defendant SOHRAB SHARMA is scheduled to enter a guilty plea before the Honorable Robert W. Lehrburger, United States Magistrate Judge, on July 17, 2020;

WHEREAS the defendant has requested that his guilty plea be taken remotely by video conference or by telephone conference, if video conference is not reasonably available;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the June 24, 2020 Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by video teleconference, or telephone conference if video teleconferencing is not reasonably available, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the Honorable Robert W. Lehrburger shall hear the defendant's plea by telephone because video teleconference is not reasonably available;

THE COURT HEREBY FINDS that because defendant Sohrab Sharma has consented to proceeding remotely and for the reasons set forth in the parties' application dated July 15, 2020,

the plea proceeding cannot be further delayed without serious harm to the interests of justice and may proceed remotely by telephone conference.

    SO ORDERED.

Dated: New York, New York
       July 16, 2020

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**