UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA                  :
                                          :      **ORDER**
         - v. -                           :
                                          :      S3 18 Cr. 340 (LGS)
SOHRAB SHARMA,                            :
                                          :
                    Defendant.            :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with defendant Sohrab Sharma's consent, his guilty plea allocution was made before a United States Magistrate Judge on July 17, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that defendant Sharma entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that defendant Sharma's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          July 20, 2020

                                             _____
                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**