```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
    UNITED STATES,                                            :
                                                              :
                                                              :    18 Cr. 340 (LGS)
                   -against-                                  :
                                                              :       ORDER
    SOHRAB SHARMA, et al.,                                    :
                                      Defendants.             :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS all Defendants in this matter have pleaded guilty and are awaiting sentencing. It is hereby

**ORDERED** that the status conference currently scheduled for August 6, 2020 is CANCELED.  It is further,

**ORDERED** that the jury trial currently scheduled for by November 12, 2020 and all pretrial deadlines are CANCELED.  It is further,

**ORDERED** that the parties' motions at docket numbers 193, 199, 201, 203, 213, 215, 265, 360, and 367 are DENIED as moot.

The Clerk of the Court is directed to terminate the motions at docket numbers 193, 199, 201, 203, 213, 215, 265, 360, and 367.

Dated: July 20, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**