UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                   :
UNITED STATES OF AMERICA,          :
                             Plaintiff,  :
                                         :              18 Cr. 340-01 (LGS)
              -against-                :
                                         :              <u>SCHEDULING ORDER</u>
SOHRAB SHARMA,                    :
                             Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Sohrab Sharma's sentencing hearing shall be held on **November 10, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **October 19, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **October 22, 2020.**

Dated: July 21, 2020
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**