**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEWYORK. NEW YORK 10005

(212) 482•0007 PHONE
(2 12) 482·1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

| MARYLAND OFFICE: | NEWJERSEY OFFICE: |
|---|---|
| 5100 DORSEY HALL DRIVE | 79 MAIN STREET |
| SUITE 100 | SUITE ONE |
| ELLICOTT CITY, MD 21042 | HACKENSACK, NJ 07601 |
| 4 I 0·964-0300 | 201·342-6665 |

VIA ECF

September 29, 2020

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

　　　　　　　　　　RE:　　United States v. Sohrab Sharma, et. al.
　　　　　　　　　　　　　　18 Cr. 340

Dear Judge Schofield:

　　　I represent the defendant Sohrab Sharma in the above-referenced indictment along with my co-counsel. We submit this letter to request a one-week extension for our time to file our objections under FRCrP 32(f) to our client's initial pre-sentence investigation report (PSR) which is currently due tomorrow. There has been no previous request. Due to the length of the initial PSR, we need some additional time to address the issues contained within it. We have conferred with the government, and they have no objection to this request.

　　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　Talkin, Muccigrosso & Roberts LLP


　　　　　　　　　　　　　　By:　　/s/ Denis P. Kelleher
　　　　　　　　　　　　　　　　　　Denis P. Kelleher

Cc: All counsel (via ECF)

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 387.

Dated: September 30, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE