**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

| MARYLAND OFFICE: | NEW JERSEY OFFICE: |
|---|---|
| 5100 DORSEY HALL DRIVE | 79 MAIN STREET |
| SUITE 100 | SUITE ONE |
| ELLICOTT CITY, MD 21042 | HACKENSACK, NJ 07601 |
| 410-964-0300 | 201-342-6665 |

VIA ECF

October 13, 2020

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

RE: United States v. Sohrab Sharma, et. al.
18 Cr. 340

Dear Judge Schofield:

      I represent the defendant Sohrab Sharma in the above-referenced indictment along with my co-counsel. We submit this letter to request an adjournment of Mr. Sharma's sentencing currently scheduled for November 10, 2020. We would propose January 11, 2021 as the new sentencing date. Due to the current quarantine in New York State as a result of COVID-19, we submit it is impracticable to conduct the sentencing on November 10, 2020. Currently, Mr. Sharma and Mr. Jerry Cariglio, Esq. both reside in Miami, FL, and wish to personally attend the sentencing as opposed to appearing remotely. Since both reside outside of New York State and live in Florida, this requires a 14-day quarantine period prior to sentencing, and it is unclear when the quarantine period will be lifted. Based upon these reasons, we respectfully request an adjournment of the sentencing. Furthermore, should the Court grant the instant application, Sharma would request the date for sentencing submissions be adjourned as well. Currently, Mr. Sharma's sentencing submission is due on October 19, 2020, and the government's submission is due on October 22, 2020.

      Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Denis Patrick Kelleher
Denis Patrick Kelleher, Esq.

Cc: All counsel (via ECF)

---

Application Granted in part. Defendant Sharma's sentencing hearing is adjourned to **January 19, 2021 at 11:00 a.m**. The dates for sentencing submissions will remain unchanged. The Clerk of the Court is directed to terminate the letter motion at docket number 396.

Dated: October 16, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE