UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                  :

UNITED STATES OF AMERICA
                                  :

   - v. -

                                  :      18 Cr. 340 (LGS)

SOHRAB SHARMA et al.,
                                  :      ORDER PURSUANT TO
                 Defendants.             18 U.S.C. § 3663A(c)(3)
                                  :

                                  :
------------------------------------- x

       Upon the motion of the Government dated October 30, 2020, and without objection from any of the defendants in this case, it is found that the number of identifiable victims is so large as to make restitution impracticable, and it is further found that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to the victims is outweighed by the burden on the sentencing process.

       Accordingly, it is hereby ORDERED that the Government's motion for a finding that restitution is impracticable in this case is granted.

SO ORDERED.

Dated: New York, New York
       November __5__, 2020

                                                       LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE