# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

10/16/2020

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Sohrab Sharma, et al. (18 Cr. 340)
      Sohrab "Sam" Sharma

Dear Judge Schofield:

The defendant, Sohrab "Sam" Sharma ("Sharma"), respectfully requests this Court grant a two week extension of time to file the sentencing submission in this matter until November 30, 2020 with the government response due two weeks later on December 14, 2020. The government consents to this request.

The reason for the request is that the parties have been conferring on several issues regarding the PSR to avoid the necessity of lengthy *Fatico* hearings. As a result of multiple phone conferences, the parties have resolved all but one issue that could require a *Fatico* hearing. The parties spoke at length on this issue last night and are hopeful they will be able to resovled this issue within a week. The parties believe this last issue will be resolved and there will be no need for any *Fatico* hearings in this matter.

While the parties negotiations have been fruitful and will ultimately conserve judicial resources, the Probation Officer has not been able to complete the PSR until this issue is finalized. The defense needs the PSR to be finalized for the defense to properly prepare the sentencing memorandum. Since the sentencing is not set until January 19, 2021, this two week extension will not impact the sentencing date and will give the Court over a month to review both parties sentencing submissions.

Application Granted.  Defendant's sentencing submission shall be filed on or before **November 30, 2020**.  The Government's submission shall be filed on or before **December 14, 2020**.  The Clerk of the Court is directed to terminate the letter motion at docket number 409.

Dated: November 10, 2020
New York, New York

Respectfully submitted,

/s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
Gennaro Cariglio Jr., P.L.
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
(305) 899-0438
Sobeachlaw@aol.com
Attorney for Sohrab "Sam" Sharma
 CC: All counsel of record

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1