# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

November 4, 2020

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Re: *U.S. v. Sharma, et. al.*, 18-cr-340 (LGS)

*Application Granted. Defendant Sharma's conditions of bail are hereby modified as set forth below. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 406.*

*Dated: November 10, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Your Honor:

    I am writing to request a <u>modification of Defendant, Sam Sharma's, bail conditions in this case to allow him to be use a windows PC laptop computer (with internet access) approved by SDFL Probation exclusively at his counsel's law offices, solely for purposes of lawful employment approved by SDFL Probation while he remains on bail pending sentencing, with the computer and his internet use to be subject to third-party monitoring (at Sharma's expense) by a vendor to be approved by SDFL Probation as well as spot checking by SDFL Probation at SDFL Probation's discretion. All other bail conditions would remain in unaltered an in effect</u>.

    Mr. Sharma's bail conditions currently require, among other things, GPS monitoring of Sharma and a prohibition barring Sharma from having any access to the internet except at counsel's office under the supervision of counsel or staff for the purpose of the defense of this case and the Centra Tech, Inc., civil matter in the Southern District of Florida. Counsel has conferred with AUSA Samson Enzer who consulted with SDFL Probation. The government and SDFL Probation agree to this motion.

    Therefore, Mr. Sharma respectfully requests this Count enter an order granting this motion.

Sincerely yours,

s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr., Esq.
Atty. for Sohrab Sharma

1