# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

11/25/2020

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. Defendant's sentencing submission shall be filed on or before **December 14, 2020**. The Government's submission shall be filed on or before **January 14, 2021**. The Clerk of the Court is directed to terminate the letter motion at docket number 416.

Dated: November 30, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:   United States v. Sohrab Sharma, et al. (18 Cr. 340)**
         Sohrab "Sam" Sharma

Dear Judge Schofield:

The defendant, Sohrab "Sam" Sharma ("Sharma"), respectfully requests this Court grant a two week extension of time to file the sentencing submission in this matter until December 14, 2020 with the government response due three weeks later on January 4, 2021. The government consents to this request.

The reason for the request is that the parties have been conferring on several issues regarding the PSR to avoid the necessity of lengthy *Fatico* hearings. As a result of multiple phone conferences, the parties have now resolved all of the issues that could require a *Fatico* hearing. With restitution and forfeiture agreed upon by the parties, there will be no need for the Court to conduct any evidentiary hearings prior to the sentencing.

Since the parties just resolved the final issue yesterday, the Probation Officer has not been able to complete the PSR. The defense needs the PSR to be finalized for the defense to properly prepare the sentencing memorandum. Since the sentencing is not set until January 19, 2021, this two week extension will not impact the sentencing date and will give the Court over a month to review both parties sentencing submissions.

Respectfully submitted,

/s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
Gennaro Cariglio Jr., P.L.

8101 Biscayne Boulevard, PH 701
Miami, Florida 33138

(305) 899-0438
Sobeachlaw@aol.com
Attorney for Sohrab "Sam" Sharma

CC: All counsel of record

1