# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

12/11/2020

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   **United States v. Sohrab Sharma, et al. (18 Cr. 340)**
Sohrab "Sam" Sharma

Dear Judge Schofield:

The defendant, Sohrab "Sam" Sharma ("Sharma"), respectfully requests this Court grant a one week extension of time to file the sentencing submission in this matter until December 21, 2020 with the government response due three weeks later on January 11, 2021.  The government consents to this request.

The Probation Officer will be finalizing the PSR today.  The defense needs one week with the final PSR for the defense to properly prepare the sentencing memorandum.  Since the sentencing is not set until January 19, 2021, this one week extension will not impact the sentencing date.

Respectfully submitted,

/s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
Gennaro Cariglio Jr., P.L.
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
(305) 899-0438
Sobeachlaw@aol.com
Attorney for Sohrab "Sam" Sharma

CC: All counsel of record

Application Granted.  The sentencing in this matter is adjourned to **January 28, 2021 at 11:00 a.m.** due to a conflict in the Court's schedule.  Defendant's submission shall be filed by **December 21, 2020.**  The Government's submission shall be filed by **January 11, 2021.**  The Clerk of the Court is directed to terminate the letter motion at docket number 423.

Dated: December 16, 2020
New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE