# EXHIBIT A
# FILED PARTIALLY
# UNDER SEAL

# Index

| | |
|---|---|
| A.1 | Baiza, Eduardo |
| A.2 | Chawla, Bhavdeep |
| A.3 | Chawla, Gegendeep |
| A.4 | Chawla, Simren |
| A.5 | Cruz, Alexander |
| A.6 | Dayton Jr., George |
| A.7 | Espaillat, Daniel |
| A.8 | Farkas Jr., Robert |
| A.9 | Farkas Sr., Robert |
| A.10 | Farkas, Brielle |
| A.11 | Farkas, Cynthia |
| A.12 | Franklin, Jessica |
| A.13 | Garcia, Joshua |
| A.14 | Golestaneh, Armeen |
| A.15 | Kenny, Catherine |
| A.16 | Lee, Daisha |
| A.17 | Mabry, Michael |
| A.18 | Martinez, Lorraine |
| A.19 | Matsumoto, Tomo |
| A.20 | Mendez, Jonathan |
| A.21 | Pooladi, Ali |
| A.22 | Pooladi, Forouzan |
| A.23 | Pooladi, Hoda |
| A.24 | Pooladi, Mohtaram |
| A.25 | Razavi, Fael |
| A.26 | Riaz, Huma |
| A.27 | Shehata, Bishoy |
| A.28 | Taebi, Naghmeh |
| A.29 | Tanner, Michael |
| A.30 | Zimmerman, Chase |

# EXHIBIT A.1

To Honorable Lorna G, Schofield
United States district court judge
Southern district of New York,
40 foley square, New York, NY 10007


   My name is Eduardo Baiza, I am a sales manager for a car dealership located in the
Bronx, NY. I met Sam in 2009 where we worked together for 3 years, and with time we
became close friends/brothers. Sam is a cheerful, friendly individual, always looking to
put a smile on someone's face. Sam to me is trustworthy, Sam has helped me not only
spiritually, emotionally but also financially, he helped me and my family in a great time
of need I am forever grateful for that.
   He always would ask me "hey Ed, everything good?"  he will always know when I
was and when I wasn't, and not only me but other close friends in common. Sam has
proven to be a loyal and honest friend.
   I understand Sam's situation and the trouble it brought, Sam has expressed a deep
sense of remorse for his mistake. I believe as we move forward, he will emerge a better
person. Sam has all the intentions to prove, he regrets what he did, if given the chance.

Your Honor this is why I am asking for leniency, I believe all things work for the best for
us and I believe this situation Has, I trust you will make a fair decision.
 I know of Sam to be a giver not a thief, and assist when He sees the need, overall to
me a charitable person, He means a lot not only to me for so many other people.
Humbly Thank you for considering reading this letter.


Yours sincerely,
*Eduardo Baiza*

# EXHIBIT A.2



# OMNI
## REALTY

TO:
Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

My name is Bobby Chawla; I am a local business owner, real estate agent, developer & investor
with over 8 years of experience. My family has owned and operated the Shell gas station in
Lawrence, NY for over 35 years. We have always been very active in our local community and
have a great relationship with the community. We take great pride in building strong
relationships, which is the backbone of our continued success.

I have known Sorbee for over 17 years now; we met in the 6th grade. We immediately became
close friends and he is someone who I consider to be my brother. Not only were we classmates,
but we were teammates and co-workers at a time as well. We were in school sports such as
lacrosse and wrestling together and both worked at BestBuy after school. I worked at BestBuy
for over 6 years and it was a job that I took very seriously. I knew Sorbee would be a great asset
to the company and so I personally referred him and aided him in securing a job at BestBuy. He
immediately gained recognition as one of the best salesmen and all around employee. He
excels at anything he puts his mind to. Sorbee comes from a good family who loves him; his
father is a well-known and highly respected doctor. He has a heart of gold; he would always go
above and beyond for his friends and continues to do so to this day.

When I had learned that Sorbee was arrested and put in jail, my heart dropped. I immediately
reached out to his girlfriend and asked if there was any way I could speak to him. Sorbee and
communicated by exchanging emails back and forth for quite some time, and he always
expressed how ashamed he felt and how he understood his wrongdoing and is looking forward
to the day he can redeem himself and continue to be a productive member of society and use
his talents for better. He has had almost two years now to think about his actions and really take
the time to reflect. It hurts my heart to see Sorbee in this position and I am looking forward to
the amazing things I know he can and will accomplish, all while being true to himself and his
values.

Thank you for your consideration,
Bhavdeep (Bobby) Chawla

Scanned with CamScanner

# EXHIBIT A.3

**Five Towns Premier**
REHABILITATION & NURSING CENTER

Director of Rehabilitation services
Gegendeep Chawla MS OTR/L

Lawrence, NY 11559

TO:
Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

You're Honor,

I would like to introduce myself, my name is Gegendeep Chawla, and I'm a director of a rehabilitation unit in a skilled nursing facility in Long Island, NY. I supervise over 40 physical therapists, occupational therapist, and speech therapists for about 8 years. I have graduated with my Masters in occupational therapy.

I have known Sorbee Sharma for over 17 years. He has been one of my brother's best friends for as long as I can remember, and is also like a younger brother to me. I have visited him in Florida, and I have watched him grow from a young boy into a mature adult. Sorbee has always been reliable, and a great friend to my brother and an important part of our family. I have always found Sorbee to be a caring and compassionate person.

I understand Sorbee has run into trouble with the law, this is not the Sorbee we know and have grown up with. I understand he has made a huge mistake, but I do believe he truly deserves another chance, a chance to prove his true worth to his community. Sorbee is young, smart and full of life. He has his whole life ahead of him to prove himself as an honest citizen. I have visited Sorbee, I have had multiple conversations with Sorbee and I know he feels a great deal of regret for what he's done.

I come from a very respectable and honest family and I work in a very respectable field. I have worked 7 days a week through the Covid-19 pandemic as a health care professional in nursing home. I am a hard worker and as the director of the rehab unit, I have a great deal of responsibility. I would not put my name on the line to defend anyone that I do not believe in. But I can say, I believe in Sorbee, and although he might not be related to me by blood, he IS my family. I stand by Sorbee with everything I have. I will support him through this. I request you to kindly take this letter into high consideration before making any judgement.

Thank you for your consideration,
Gegendeep Chawla MS OTR/L

# EXHIBIT A.4



## *OCCUPATIONAL THERAPY*
### *SIMREN CHAWLA MS OTR/L*

*Woodland Hills, CA 91303*

*TO:*
*Honorable Lorna G. Schofield*
*United States District Court Judge*
*Southern District of New York*
*40 Foley Square*
*New York, NY 10007*

*Your Honor,*

*My name is Simren Chawla, I'm a seasoned occupational therapist for over 9 years, previously in New York State and currently in the state of California.*

*I have known Sorbee Sharma for over 17 years. He has been my brothers' best friend since middle school. Sorbee had become a well known name in our family and was always thought of as a member of our family; another little brother in my eyes. Sorbee has always been a kind, gentle and caring person. He has always shown great passion for the things and people he cares about. Sorbee was on the lacrosse team with my brother as well as the wrestling team, and the one thing that always sticks out about Sorbee is that he had always showed such great leadership skills, patience and mentoring to younger classmen. He has always wanted to help out other people and his friends and still does till this day. He always puts his loved ones first.*

*I understand Sorbee has made some mistakes and fully understand the degree of trouble he is in. I know what he did was wrong, but I truly believe his heart was in the right place. I also know Sorbee has had a substantial amount of time to think about and know what he has done wrong and feels a great deal of remorse.*

*I consider myself to be an excellent judge of character, and in fact being an occupational therapist working with special needs kids, adults, rehab clients and working alongside hundreds of occupational therapists, speech therapists, teachers, etc. over the years, I come across a lot of different people. I can tell when someone is being sincere in their desire to change or to account for wrongdoing and I am certain this is the case with Sorbee.*

*Thank you for your consideration,*

*Simren Chawla* MS OTR/L

*Simren Chawla MS OTR/L*

# EXHIBIT A.5

December 15, 2020

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Sam Sharma**

Dear Judge Schofield:

My name is Alexnader Cruz. I worked for Centra Tech for 6 – 7 months during 2017 as an iOS
developer and my focus was to develop the iOS app. I worked with the CTO, Steven Sykes, and
I had no subordinates. The office was located at 555 Washington Avenue, #240, Miami Beach,
Florida 33139.

I worked a 40-hour week, every week and was always paid my salary without an issue. I worked
Monday through Friday, 9:00 a.m. to 5:00 p.m. out of the office.

Should you have any questions, do not hesitate to contact me.

Sincerely,

Alexander Cruz

# EXHIBIT A.6

George Dayton Jr

██████████████

Chandler, Az 85224

11-5-2020

Honorable Lorna G Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Matter of Centra Tech

Dear Judge Schofield,

My name is George Dayton Jr and I took part in the Centra Tech ICO in 2017. I also did Admin work on their communication channel helping to answer questions from other people in the channel. The ICO of Centra Tech caught my eye with the Visa card alone. In addition to having a Visa card to pay with, using several different types of cryptocurrencies, along with having a totally inclusive marketplace where the Centra tokens could be used, was very exciting. I saw it as the future of money as technology is quickly taking over in the world as most people just swipe. When I was issued my Centra card and I was able to use it in stores, I could see the genius of the technology and that it did work as explained. I was excited for everyone in the community that they would get to see it in person for themselves and see how it worked. The Centra marketplace, in my vision, was going to be competing with some of the major marketplaces and I was looking forward to seeing it go live.

I have been following Crypto projects for 3 years now. I have seen many projects fizzle out and fold as well as projects that have had delays. Even 3 years later, delays are very common. Blockchain is still fairly new technology and integrating blockchain technology with the technology we have been using for the last 30 years is no easy task. Integrating a new technology with the archaic banking system was going to be an even bigger challenge. When I researched the project and saw the possibilities, I knew it would change the world. As I started helping out with the community, I had ongoing questions and conversations with the Centra Tech team when questions arose that I couldn't answer. The team was very responsive and always helped out. I saw some people upset about delays and being pushed back and I tried to explain and understand that with technology, delays happen. I never had any doubts or worries about the project being that I worked in technology for 10 years at that point and saw many delays from basic technology, let alone integrating a new technology with older technology. I am still following Crypto projects and am even more excited about the future of it as it seems more stable and safer.

In closing, I felt compelled to write a letter on behalf of the defendants. I bought tokens of my own free will and never felt deceived or cheated. I knew it would take time to build the project completely and having a working card, I felt very good about the project.

Respectfully,

George Dayton Jr

George Dayton Jr

# EXHIBIT A.7

Honorable Lorna G. Schofield
United States District Judge
Southern district of NY
40 Foley Square
New York, NY 10007

Re: Sohrab "Sam" Sharma

Your Honor:

My name is Daniel Espaillat. I have been involved in Crypto since 2013 in one form or another. I was a pre ICO investor. Besides the tokens that were delivered by Centra. They had promised a credit card that could be used in real time using crypto as a means of paying for items. They delivered and worked as discussed. I am now aware of the misrepresentations that were made, but I do not regret my purchase at the time, nor do I think I was deceived in any way. It was a great product.

I am writing this I hopes that you may be take it easy on Sharma. I do not believe he tried to do anything that would ultimately hurt the investors that were part of the ICO.

Thank you,


Daniel Espaillat

# EXHIBIT A.8

Your Honor,

I am truly grateful for your time.

I would like to start off by saying my family deeply appreciates Your Honor's sincerity and consideration of their letters, love and support in arriving at my sentence.

I write to you today from the bottom of my heart because my friend and future brother-in-law, Sam Sharma, is also going to be sentenced by Your Honor.

I have grown to know Sam much more since getting hired at Centra Tech. For over two years, we have been working on this case, digging through the discovery which included thousands and thousands of texts messages, emails and the company's chat messages, and preparing for trial with our attorneys. I've always had to work hard, but nothing compares to working on your own case-essentially fighting for your life. The bond I formed with Sam during this case is something that only comes from two people fighting for their lives together.

But the truth of the matter is that we lied to people. It doesn't matter that the Centra Card ultimately worked or that the money is still there. Whatever we were telling ourselves during Centra and preparing for this case was denial. The positive facts that we were going to use at trial were just positive facts and does not change the fact that we lied to people.

Nothing can change that. It's in the past, but I have grown to respect the justice system and the hard work of the prosecution team. Before all this, I had no clue about the law or how the justice system worked. And I guess what I'm trying to say is that I would agree wholeheartedly with the punishment that the government is trying to impose on Sam if he had done this with evil in his heart. If he built a massive fraud to strictly benefit his own pocket, and he was a selfish fraudster, it would be different. But that's not Sam. In fact, if that was the case, I wouldn't be writing this letter. I would have already turned my back on Sam and would have tried to get my sister to leave him. I haven't done any of that.

When I first started at Centra, Sam had said that he was going to change the world. What ended up happening is that everything we did changed us. This case changed us, and, in a way, we might actually be better for it.

I would never minimize the criminal acts that we committed. I am simply giving you a perspective that you might not otherwise have without us going to trial. I believe that Sam Sharma is a really smart person that made some really stupid decisions. His impatience and our lies landed us a Federal Indictment. But we pleaded guilty to Conspiracy to Commit Fraud and we will pay for that for the rest of our lives. At least, I am pretty sure anyone who lost money will get it back.

During quarantine Sam and I grew very fond of a certain Pastor here in Miami and we have come to terms with our wrong doings. We are guilty of conspiring to commit fraud

because together we had lied to the public and made material misrepresentations to the cryptocurrency community. I know that Sam has been repenting on his sins of lying. Not only did we conspire and break the law, but we sinned. Not only do we have to answer to the court, but we have to answer to God and be truthful with ourselves.

Putting a halt on trial preparation and pleading guilty was not only coming clean to the court, but being truthful with God. Sam and I both decided to do this. I hope that Your Honor can see beyond just the prosecutors' portrayal of Sam. He rarely passes a homeless person without giving generously to them. He wants to do good in this life and help people going through hardship. He has inspired me to be a better person and to pay it forward whenever I have the chance. He treats my sister like a queen and even through all of this, my parents and grandparents love him so much. He looks at my daughter with undeniable love, as if she were his own. My family is a small tight knit family that only gets involved with genuine people. People with good in their hearts. We would never associate with selfish, narcissistic, greedy people. In fact, every Sunday we all talk about the lessons taught by our Pastors during the Sunday Service. This is one of ours and Sam's favorite topics to discuss as we have grown tremendously and are truly on the path to righteousness.

Thank you Your Honor, I am incredibly grateful for your time. I just hope you can see Sam the way we all do and give him a sentence as fair as the one you gave me.

Robert Farkas



# EXHIBIT A.9

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

Thank you for taking the time to read my letter about Sam Sharma.


I met Sam Sharma about 5 years ago when he started dating my daughter Brielle. Brielle is my best friend and the youngest of my four children. She is a tiny girl with a huge heart. Her heart is filled with love for animals, especially shelter animals and the elderly. She is constantly volunteering at animal shelters and facilitating pet adoptions. She also pays extra special attention to her grandparents and sends them random flowers and photo collages as COVID has created a sad separation between them and the rest of our big, tight knit family. I am blessed to have such amazing kids. They're all beautiful inside and out in their own ways, but Brielle is my little buddy and truly a kind soul. Ever since she was a baby I knew that she was different and she would need to find a guy who would be on the same level as her character. Someone who was smart, kind hearted, genuine and had a certain sparkle to them; a zest for life if you will. When Brielle started bringing Sam around they were just friends but I knew that he was "the" guy for her. I'd say that I'm a pretty straight forward, old school, blue collar guy who is pretty simple; no nonsense. Sam Sharma had all the qualities that I saw in a person that was right for my best buddy little B. She would always say "Dad, we're just friends". Over the course of a few months they had made it official and I knew that she was making a smart decision.
Fast forward to Centra Tech and my simple world was turned upside down. When Sam and my only son RJ were arrested I felt helpless. My son always called me a "Situationist" because I had always helped him and others out, in any aspect of life, so he gave me that nickname. This "situationist" was destroyed inside. My simple world of manual labor and family-time was now chaos. I don't know much about the legal system and when I sa⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛         first
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛Any
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. Later,
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. It's hard to even think about this time in my life but it goes towards the point I'm going to make. Sam had a great idea and ran with it. He didn't run, he sprinted with the idea of a cryptocurrency card. After all these years of knowing Sam I realize two major things about him. 1) He really is a genius 2) He does things very quickly. The point I'm trying to make is not to cover up the things he did by any means, but I am shedding light on Sam from a different perspective. He should be, and has been punished for his impatience. The misrepresentations he made creating Centra Tech were out of sheer impatience. He was running a million miles a second and focusing more on the end zone than focusing on his fumbles. Getting his shiny metal Centra Cards out to the world did not make up fo⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ been through a tremendous amount of pain knowing that⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Knowing that Brielle's father and best friend lost his mind. Our whole family was distraught. The arrests were in major news outlets his name tarnished forever. But even through all this chaos, it doesn't change my love for Sam. I think the silver lining from all this is that our bond has been made stronger. It could have easily broken our bond if he was a malicious person. Sam has been on house arrest for 2.5 years and just recently got curfew. This case has taken a major toll on our family and we cannot wait for the day these boys are finished with this. Your Honor I am not minimizing the crimes committed, however I truly believe that Sam has been rehabilitated and scarred from ever making misrepresentations again. I believe he not only has he learned a lifelong lesson, but Sam has grown tremendously for the better. Sam and my daughter Brielle have a beautiful life filled with

gratitude and Church on Sunday. Sam has compassion for the homeless and would give the shirt off his back to anyone in need. His good deeds in society have inspired myself to donate more often. He brings joy and smiles and can light up a room with his positive energy. He is someone you would want to be your neighbor or friend. If the world was filled with more people like Sam, the world would be a much better place. Please take this point of view of Sam into consideration when deciding his fate your Honor, as I know him on a different level. I know he would have never put fake pictures of me and others on his website if he could have foreseen the trauma it had caused our families and victims. I know that he would have slowed down, and taken more time to do things the correct way. I understand that you have an obligation to give certain punishment to certain crimes but I am here to humanize Sam Sharma and urge you for leniency Your Honor. Thank you for your time.


Sincerely,

Robert Farkas, Jr.

# EXHIBIT A.10

November 3, 2020

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 1007

Re:     Sohrab "Sam" Sharma

I'm writing to tell you about the Sam Sharma, the man I've been in a relationship with for the past 4 and ½ years. My names Brielle Farkas, Robert Farkas' sister and Sams girlfriend. I'm from New Jersey and traveled to Florida to study Business Marketing at Florida Atlantic University. During my time in college, I became friends with Sam through a school friend and we instantly clicked as we both related with living up north. For over a year, we remained friends while I was in college and he was introduced to my family, who immediately took a liking to him. As we started our relationship, I was really impressed with how smart and hardworking he was. Sam used to tell me stories about spending summers reading books and teaching himself how to code. I loved his passion for learning new things and mastering whatever he was working on. I started working at my corporate Advertising Agency job after graduating and Sam was working in finance at a dealership nearby. We both had our day jobs and would spend time together after work. I come from an extremely large family and Sam being an only child, took an instant liking to everyone and spending time together.

Fast forward to Centra tech, Sam was getting into an area of work that was brand new to him. He spent so much time learning and absorbing as much as he could while the company was born. The company's brand recognition skyrocketed when it was mentioned by Cliff High who would speak on his predictions and companies to watch. I watched every day as Sam would try to perfect this company while trying to keep up with all of the attention it was getting. Sam has accepted responsibility for his wrong doings during these few months, but I wanted to point out a few things. He was constantly on the phone with lawyers and hiring lawyers to help guide him through this process. As it turns out, the first lawyers have been prosecuted for false representation as they were college students. He then had a permanent lawyer on payroll and I felt comfortable knowing this. Sam was so passionate about what he was building from the software he created and the product being offered. He wanted to ensure was doing everything right as it all seemed to be moving at a lightspeed pace. He has accepted responsibility for the false statements he made in the process. There have been so many instances where the company wanted to return money to everyone who gave to the company through the SEC and Sam was discussing this with me around the holidays, prior to his April 1st arrest.

Being together for so long, I truly can say I've seen an immense amount of change within Sam. I've never doubted his intensions or the man he is throughout this incredibly hard time. There was a lot of media surrounding this case and it's been heart breaking to watch as he was perceived as a guilty man since the day of his arrest. Sam has been home with the ankle monitor

for two plus years and has made the best situation out of his circumstance. I try my hardest to remain positive and strong for him, but he truly does that for me. While he is the one facing time, he reassures me that god has a plan and we'll be ok. He realizes no matter what, we're still fortunate in the life we live and he's correct. I've always practiced faith, but we have been together during this quarantine and I can tell how much it's impacted Sam. While he was home, he was always encouraging me to spend time with family, go out to see friends, never holding me back. He's been so supportive and truly appreciates the light we both bring into each other's lives. We're both very set on doing good in life and trying to make a difference. During the past few years, we've fostered 5 different dogs and watched as they were adopted into their forever homes. When I called Sam telling him I am coming home with 2 dogs who needed us, there was zero hesitation. We've worked with a few different rescues and Sam felt it was an amazing way to spend his time as he was always home. Whenever we have extra bread or extra food, I watch as Sam goes outside and throws it to the animals. I know I've rubbed off on him with having a love for animals and things in need. My brother recently told a story, as they were leaving the lawyers office together, Sam stopped at a parking lot across the street and opened up a can of cat food from his backpack for the stray animals. I mention this because he has such a big heart and I know that from living with him for so long. There is so much said about Sam, but I get to see a different person, a person who I want to spend the rest of my life with.

Sam cares so much about others who are less fortunate. He tells me stories about homeless people he encounters on his drive to the lawyer and the bond they start forming. There is one person Sam started seeing on multiple occasions who is disabled with a dog. He will stop, spare any change he has and take the time to talk to him. This man has told Sam he's the angel that he's been praying for because he goes out of his way to make a difference whenever he seems him. He'll spend time just talking to him, and letting the man see his worth, that he is not invisible. Sam will tell me, I thought I saw him down the road, so I drove around to find him and finally did. There was a time recently when we were in the mall food court, and I was sitting waiting for our food to be ready. A man walked up into a crowd of people and asked if anyone could spare $5 so he could get lunch. As everyone turned their head away from the man, Sam immediately helped. He felt bad that no one wanted to give this man the time of day and couldn't afford a sandwich. It makes me so happy to see this quality within him. He never feels bad for himself, he is always focused on what I mentioned before, people who are less fortunate than us. These are just two instances of things I witness and hear about all the time.

I know Sam will not disappoint if he's given the chance to start making a difference in our community. He has spent time in jail and has been home with an ankle monitor on home detention with no curfew for nearly three years. Recently he has been granted permission for curfew which he's been obeying. We're thankful to get out of the house together, I was struggling worrying that the years spent home were playing a role on Sams mental health. He's been so positive but I know in my heart he's staying strong for me, and his family. Working on the resolution of this case has been his full time job since his arrest. I hope his time and obeyance of the law are taken into consideration when ruling on this case. This whole situation has humbled Sam beyond belief and allowed him to see what's truly importance in life. It's freedom, giving back to others and family. I pray that you may consider community service, with programs that

will continue to allow him to give back and make a difference. I've always said to him, you are so smart you may be able to serve as an asset or help to the government with similar cryptocurrency cases. There isn't a day that goes by where I don't thank god for this man I love and pray for the outcome. So many people will want you to see a different Sam, but what better than the perspective of a person who has spent countless days and years with him. He tried to do everything right, he paid lawyers, spoke to banks and had our relationship as second priority as this company was taking off. I joke around that our anniversary vacation spent in Mexico he was with his lawyer Alan more than me because of how much time they spent on the phone. Sam wants to return the money that was never spent and help make countless other lives whole by giving this back. Please consider that he never spoke poorly or about anyone. We were not prepared for the arrest and I was truly blindsided and left without words when he was taken away that day. I thought this was an SEC matter rather than a criminal offense. He accepts responsibility and I can assure you, every single day has been a learning process. It's been painful to watch everything unfold but the man Sam is today, is different than the man he was nearly 3 years ago. I feel confident that the person I am has rubbed off on him. One of the things he loved about this relationship was the fact that I make him a better man. I will continue to do this as he continues to be in rock in our relationship and remain strong and positive. His generosity encourages me to become a better person, he always wants the best for everyone else.

Thank you taking a glimpse at the person I love. Sam has a tremendous support system and family who loves him to ensure he will not be in front of you again. Throughout this time, Sam has strengthened his bond with his father and sees how hard working and talented he is as an emergency room doctor for over 40 years. His dad comes to spend time with us and I see the light within Sam's eyes as he gets to spend this quality time. He is also so close with his mother and stepfather, I love the bond they have. It was extremely tough when his grandfather and grandmother passed away and Sam could not be there. He hasn't been able to travel outside of Florida or New York and has missed a lot of things I know he would've loved to be a part of. I know he's learned from being on home detention and we pray he's able to make up for lost time with our families.

I hope he has the chance to do right. He is outstandingly smart, generous and has a HUGE heart.


Thank you,

Brielle Farkas

# EXHIBIT A.11

November 3, 2020

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 1007

Re:     Sohrab "Sam" Sharma

My name is Cynthia Farkas, Brielle & Robert Farkas's mother. Brielle is Sohrab's girlfriend. They started out as friend's and became romantic after approximately one year. When I met Schrab they were at this point friend's, I was so impressed with him, I actually wanted them to date. He was just so respectful in a world that some young men have none. It was Brielle's 21st birthday and he basically watched out for all her friend's that were in the club with her and made sure they stayed together safely. I was with my girlfriend and watched from a couch near the club. I was so happy with him that night that he cared enough about the girls to ensure their safe return to their hotel room. Brielle is my youngest of four children, she's 26 and truly an angel from God, she has the biggest heart and a true pleasure to be around. Yesterday 10/27/20 she received employee of the month from Zimmerman Advertising in Fort Lauderdale, Florida out of 380 colleagues. Brielle stated dating Schrab her senior year in college I was thrilled. Not only was he good looking he was kind and so smart. He has a lot of the same characteristics as my husband. We are a very close and extremely family oriented family. I can say Sohrab, I have known a good four years now and if anyone should dislike Sohrab it should be me. But with that I believe Sohrab changing his name legally to Sam is extremely sad. I feel very strongly that a past mistake was punished very harshly from a prosecutor because he is of Iranian/Indian dissent. I hate to feel that way, but it is my true belief that racism is still very real today.  Brielle's world turned upside

down the day the FBI came to their apartment and handcuffed them. I was shook to the core, scared I had literally no clue what to do. I know that Sam's family hired a lawyer who got in my head and was turning me against Sam by saying he was gonna turn on my son, Robert and take my daughter Brielle out of the country, that I was naïve and when I signed the surety bond with the prosecutor, I flat out asked him if I should go to Florida and move Brielle out of her apartment, the prosecutor said no it's fine Sam isn't getting out of jail. Seriously, I think back and that is my biggest regret.

My husband was in Carrier Clinic, my oldest daughter was in rehab and my son was going from prison to prison. My business was failing because of my husband's mental health. I believe in my heart and no one can change my mind, knowing Sam as well as I do that, he had every intention of building a successful business. He never intentionally meant to steal from anyone. He's 29 years old now, so many young men would have gone crazy and spent the money bought boats and houses. What confuses me is they had a full-time lawyer at Centra Tech to help them do things right so it's scary how awful some lawyers are in my opinion. They also hired attorney's that were law student's that scammed them also, in my opinion. His card worked I saw firsthand my son use the card. Did they make false statements? Yes. Do I feel they learned and have grown from the mistakes, yes I guess jail will do that to you. Do I believe the 2 years of house arrest and Sam missing so many family event's has humbled him very much so, he appreciates being on curfew which has mad Brielle so happy. I thank you from the bottom of my heart. I wish you could talk to Sam and really get to know him he's so loving to my Brielle. If everything goes well and he asked Brielle to marry him I would give them my blessing. If it's one thing I can say is Sam's heart is as big as Brielle's she truly loves him and no matter what

happens we are going to be there for him I already consider him another son-in-law. They are both becoming more spiritual which makes me so happy and their love of less fortunate and animals is a true blessing. I'm asking from the bottom of my heart Judge Schofield to be lenient. I promise you will never see Sohrab "Sam" Sharma in your courtroom again.

With all the Respect in the world,


Cynthia Farkas



# EXHIBIT A.12

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

RE:     **United States v. Sohrab Sharma, et. al.**
        **18 Cr. 340**

Dear Judge Schofield:

Mr. Cariglio has informed me that I could write a letter to Your Honor in lieu of appearing at the sentencing hearing this coming January 2021. Thank you for allowing this, as I am not wanting to travel to New York during Covid-19 because I cannot afford to miss work due to requirement of quarantining.

I was an employee of Centra Tech ("Centra") from January 12, 2018 through March 26, 2018. The general counsel of Centra, Allan Shutt hired me to serve as corporate counsel as a Florida licensed attorney. I was terminated by Centra after being told that the Company was shut down and did not have enough funds to keep paying my salary. I was not even employed 90 days with the company.

I worked at the Centra office which was located in Miami Beach, Florida. My work schedule was Monday through Friday for approximately 40 to 50 hours a week. I was specifically hired to assist with legal matters involving Centra Tech's outside counsel Ballard & Spahr regarding the SEC's investigation and helping Mr. Shutt with daily legal activities such as reviewing contracts.  While working at Centra full time most of my time was being spent learning about Centra, researching crypto currency law and SEC regulations as I was still within my 90 day probationary period and therefore needed training to get up to speed in understanding FinTech as well as cryptocurrency.

Please let me know if you have any questions or would like any additional information.

Thank you,

*/s/ Jessica L. Franklin*

**Jessica L. Franklin, Esq.**

# EXHIBIT A.13

TO:
Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square,
New York, NY 10007

Your Honor,

My name is Joshua Garcia; I am a childhood friend of Sorbee Sharma. I have known Sorbee since 6th grade, when we met at Lawrence Middle School. We became friends very quickly and have continued to remain so for the past seventeen years. Sorbee is actually not considered just as a friend by my family and I. My mother refers to him as her "second son" and I call him a brother, which means a lot being that I am the only boy in my family with 6 sisters. Over nearly two decades Sorbee and I have gone to school together, worked together, traveled together, and spent countless hours talking over the phone or video game headsets. We have grown up together and become who we are today without losing touch. There is nothing I can say about Sorbee that would describe him as anything other than an amazing person with potential beyond belief.

Sorbee has always been there for me, no matter what. I cannot count the amount of favors I have asked him for in the last seventeen years. He has helped me with everything from cleaning up after parties in High School, to helping me pursue a career in music. His support for his friends is a trait that is unmatched. He always wants to see those around him happy, and he works very hard to do so, which, to me, says numbers about his character. I don't know many people in this world that would just want to see their friends and family reach their goals and full potential. I believe he is this way because he himself is a hard worker and a go getter. He knows the benefits of hard work and chasing goals and he wants those traits to rub off on the people around him.

When I heard the news of Sorbee's arrest I was absolutely schocked. When I told my family he had been arrested, they too were equally as shocked. Another close friend to Sorbee and I was able to get in touch with Sorbee's girlfriend and find a way for us to communicate with him. Sorbee and I emailed each other as consistently as we could, and although he was the one locked up, he was still so positive and always offering me advice and motivation. There is no one I know that has stronger, more positive mindset than Sorbee.

Sorbee Sharma is a kind, hard-working, generous individual. He has spent the last two years of his life locked inside of his home, dwelling on what he has done, and wishing to be a functioning member of society again. After speaking with Sorbee, I know he feels much remorse for his actions and that this weighs heavy on him. He has learned a tremendous lesson and has expressed to me countless times how he wishes things went differently. It breaks my heart to see my best friend and brother, in this position. Sorbee has an infinite amount of potential and I am hopeful that soon he will be able to continue his life and fulfill his goals. My family, friends and I all feel this way.

Thank you for your consideration,
Joshua Garcia

# EXHIBIT A.14

November 1, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sohrab "Sam" Sharma

To the Honorable Judge Lorna G. Schofield,

My name is Armeen Golestaneh and I am an IT Professional. I am Sohrab Sharma's uncle and I have known him for at least 15 years.

I have always thought of Sohrab as a motivated, energetic and hardworking young man with a good demeanor.  He cares deeply about his family and friends and is always willing to help others.

I am aware of serious charges that are against Sohrab. I sincerely believe that Sohrab is a good person with great potentials and I am confident that he has learned from his mistakes so that they are never repeated again.

Regards,

Armeen Golestaneh

# EXHIBIT A.15

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

My name is Catherine Kenny. I'm currently a full time employee with Google Inc. and I am also pursuing an MBA degree at Pace University. Before matriculating at Pace, I was interviewed by Forbes magazine on my decision as a woman to further my education later on in life. This was a great honor for me. I'm also an active member of the Murray Hill Alliance, where I spend my weekends volunteering, making NYC parks more eco-friendly and accessible.

The purpose of my letter is to discuss Sohrab Sharma and the terrible predicament he now finds himself in. I've known Sam since I was fifteen years old. We grew up in the same community, attended school together, and have been part of each other's lives since then. The town where we grew up was Lawrence, NY, a piece of information I find relative to both of our lives. Situated in Long Island, Lawrence is a town filled with many socio-economic classes. However, the wealthiest families were not physically segregated from those less fortunate.

My early relationship with Sam was platonic, though I soon became a part of his family. From the beginning it was clear that Sam wasn't living the life of a typical teenager. At a young age, Sam's parents divorced. His father was a successful first-generation doctor from India and his mother had migrated to the United States from Iran. Sam was torn by the divorce, both parents demanding different cultural rules for living, back and forth custody battles, and a tremendous lack of parental support at such a crucial time of his life. Yet, what affected Sam more than anything else was his foreign status. Growing up in such a wealthy town, constantly teased, Sam never seemed able to shed the stigma of being a foreigner. On top of that, there was so much expectation from both parents to become a financial success.

Regardless of his inner troubles, Sam was on the marching band, voluntarily kept score for the girls' volleyball team, was part of the men's lacrosse team, and was consistently on the high honor roll. The Sam I knew was brilliant; he had such a charismatic personality, and a go-getter mentality. As we matured, it was exciting to see him grow into himself.

Sam was not a member of the elite social scene. However, it was obvious that he craved to fit in and feel accepted. Growing up in a high-pressure community, coming from a broken family with no siblings, it seemed Sam was constantly searching for love and acceptance. I strongly believe that this undermined his ability to build trust with those around him. This has always made me wonder if the future decisions Sam would make were an effort to overcompensate for his lack of stability at home.

Whenever I was able to still see the soft side of Sam, I was able to get glimpses of his true humanity and his ability to care for others. Sam was selfless, always going out of his way to put others before himself. A burgeoning entrepreneurial spirit led him to find creative and legitimate ways to produce wealth for himself. In turn, he had separate stints working full time at Verizon, Best Buy, and numerous car dealerships, he even built his own website. However, it was still apparent that Sam was hyper focused on the monetary value of his actions rather than the

importance of building his own character. Unfortunately, he was easily able to be pulled away from those who loved him most truly. He started to miss social gatherings and birthday parties in an effort to begin the building of his desired fortune.

It has been a horrible experience to see Sam become so lost, yet I'm equally positive that he will be able to find his way.

I now know the extent of trouble that Sam finds himself in. Although at first shocked, I have begun to see signs of the close friend I once knew. I am certain that Sam is a good kid at heart and that he has good intentions. I can again hear the kindness in his voice, and from the bottom of my heart, I feel that Sam is ready to turn over a new leaf. I have heard his tears of repentance and shame. Even though I know he will grow from this and one day begin a new life, he will never forgive himself for the things he has done and the shame he has brought to his family. I know Sam. He is strong and he will be able to bear that cross. I could never say for sure, but maybe this was the wakeup call Sam needed. When he is given the chance to wake back up, I am 100% certain that Sam will show everybody who he truly is and what he is truly made of. He is a brilliant friend who played an instrumental part in my life, I am who I am because of him.

Sincerely,

Catherine Kenny

# EXHIBIT A.16

**Honorable Lorna G. Schofield**
**United States District Court**
**For the Southern District of New York**
**40 Foley Square**
**New York, NY 10007**

Dear Judge Schofield,

      My name is Daisha Lee, and I am writing in regards of Sam Sharma. He is currently dating my younger sister. I have known Sam for approximately 5 years and could not be happier that my sister found such a nice guy. Every time I am around Sam, we always have a great time even if we do not do anything at all. I am happy that he is a part of my family and one day I hope he is officially apart of this family sooner rather then later. Sam is honest, respectful, and humble from the way I see him treat my family and my sister. Every time I talk to my sister, he is making dinner or breakfast or making her laugh in some type of way. He is the type of person that I would trust with my life. During Christmas he would not let my mom or sister cook or anyone for that matter because he said that we all do enough for him that he wanted to do something for us. He goes out of his way to make sure each and everyone is happy, comfortable, and relaxed. One day he had me laugh while my husband and I were visiting, and I had my dog close to my face. My dog is not the nicest, he bit me in the face prior to the visit, Sam goes "Daisha, please put him down I don't want you to get hurt again." I laughed and said okay Sam because you asked so nicely. The thing I love most about Sam is how kind-hearted, caring, and intelligent he is. Throughout his relationship with my sister he has surprised her with things like simply making dinner or buying her flowers. Sam is the type of person I would proudly call my brother in law. I think it is an honor for anyone to get to know him and the type of person he is. I understand Sam has plead guilty and the severity of what he plead to. I am asking you have mercy on him, so he can show you the type of person

he is and will continue to be. I promise he is worth the chance. Thank you for your time and I appreciate your consideration.

Sincerely,

Daisha Lee