# EXHIBIT A.17

10/30/2020

To: The Honorable Lorna G. Schofield
        United District Judge
        Southern District of New York
        Foley Square New York, NY 10007

From: Michael Mabry
        ███████████████
        Gainesville, VA 20155
        Victim Identification Number (VIN) ██████

Your Honor,

I was first introduced to Centra Tech in early 2017. I invested in the pre-ICO at the Centra Black level. Before investing, I reached out to Mr. Sam Sharma to discuss their vision of how Centra would work. From what I remember, Sam was extremely excited and sincere in making Centra Tech into a crypto exchange and online retail portal for people to buy goods and services with cryptocurrency. At the time, it was a novel idea and not many cryptocurrencies were offering a way to use crypto in a real way. So, I invested.

I am aware of the charges and I do not believe he and the other officers at Centra were trying to steal from anyone. They all went out of their way to explain what was going on every step of the way. I could reach out to Sam and Centra employees if I had a concern. They responded very promptly and professionally. As it has been some time, I cannot recall all the communications that occurred with the investors and myself but I do know they tried to make this work and put out all kinds of communication to everyone. They had many Q&A sessions for the investors and sent out minutes to the entire community. You always knew what was going on. I was incredibly surprised by the charges and even now many cryptocurrencies are doing exactly what they were trying to do. They were ahead of the curve. When Centra ended, a company called bitpay offered a debit visa card remarkably similar to Centra's MasterCard. It functioned the same except my Centra Black card was metal and had a chip, a feature most cards did not have at the time. It was a beautiful card.

In all my conversations with Sam and there were quite a few in the beginning, I never heard him say the Centra token was like a stock. To the contrary, he said it did not give investors any equity in the company. He would always say it was a utility token and the value was based on its use during purchases and transactions. It was like the Binance token, which is used to trade cryptocurrencies and pay for fees.

The unfortunate events of Bitcoin's crash in 2018 is what caused me to sell many of my tokens to include Centra. I made a profit overall, but I lost 1.2 million in profits due to the banks limiting my trades to $10,000 per day. It took too long to sell off due to those limitations. If you paid attention to the markets, you could have sold during the downturn. Many chose to hold, and it cost

them greater loses then they expected. I really believe those loses were just market forces beyond anything Centra or any crypto could predict or control. Sam and the Centra officers should not be to blame for the downturn and the loses. They could do nothing to stop it and all the crypto industry took a hit.

I hope you consider the situation Sam and the others were facing when loses occurred. As for me, I do not feel I was defrauded or mislead in any way. I knew the risk and reward when I invested in Centra. Had they been allowed to continue the company, I believe they would have done great. Hindsight is twenty-twenty, but they did what others are now doing. So, I do not see how that could be wrong. Ahead of the crowd and daring but not wrong.

Highest Regards,

*Michael Mabry*

Michael Mabry

# EXHIBIT A.18

## STATEMENT OF LORRAINE MARTINEZ

1. I was the head of Centra Tech's human resource department and my title was Human Resources Manager.

2. I would submit bi-weekly payroll to ADP for all of the employees.

3. My job duties also included recruiting, employee workplace policies such as computer retention, dress code, code of conduct policies, employee background checks, employee onboarding forms, employee record keeping, employee expense reports, employee health insurance and unemployment insurance, etc. I was in the process of drafting a Centra Tech employee handbook.

4. I typically worked at Centra Tech from 9-6 Monday-Friday at the Centra Tech office in Miami Beach, Florida.

5. As the HR Manager, I was aware of the various departments at Centra Tech including legal, compliance, management, product development, customer support, operations and marketing.

6. At its peak there were approximately 30 in house employees at Centra Tech while I worked there.

7. My employment at Centra Tech was from January 22nd, 2018 until approximately the end of April 2018.

8. Prior to my employment at Centra Tech, I obtained the following degrees from the College of Business at Florida International University: Human Resources Management Certification, Human Resources Management/Personnel Administration (2014), and Bachelor of Business Administration (2011).

Ms. Lorraine Martinez

11/20/2020
Date

# EXHIBIT A.19

Honorable Lorna G. Schofield

United States District Court Judge
Southern District of New York
40 Foley Square New York, NY 10007

Your Honor,

My name is Tomo Matsumoto, a Securities firm employee residing in Hong Kong. I am writing to provide my experience communicating with Sohrab Sharma ("Sam") as I was in close communication with him as a purchaser of the Centra token and user of the Centra card issued by Centra Tech. I am aware of the allegations in the indictment and the fact that he plead guilty to the charges. He was a very sincere and respectful person who worked hard to deliver innovative products, and I am very saddened to see him as a defendant before the court now.

My first contact with Sam was back in July 2017 through the chat application, telegram and slack. He appeared on the chat on a regular basis to answer questions and provide updates to the potential customers interested in the Centra card.

I would like to emphasize that Sam promised the delivery of the Centra product lines under the premise that the CTR token is not a security but an utility token that will be used in the Centra eco system and that the Centra card rewards will work similar to other credit card points reward systems (no dividends). Under these assumptions, Sam promised 2 things: 1) A Centra wallet that holds various crypto currencies including CTR and 2) a working Centra debit card that can be used where major credit cards are accepted. I purchased the Centra black card for myself and for my wife for 100 Ethereum each and received the cards in December 2017. The mobile wallet and cards worked just as Sam had promised, and my wife and I used the card in several different merchants and restaurants in Hong Kong and Japan. Nevertheless, the technology was quite impressive as I was able to choose the crypto currency I wanted to use, and the Centra wallet would instantly convert to US dollars and make the payment when the card was used. Unfortunately, the card stopped working after a few months when Centra tech was forced to shut down the system.

I sincerely believe Sam was working in good will to provide the product and services to the Centra tech customers with no intention to make a profit through fraudulent activities. He delivered the products to me and others including a few I have met, and the products worked as promised. I hope these points can be considered in giving Sohrab Sharma a reduced sentence as it even hurts me to see someone who worked so hard to be in Mr.Sharma's position now.

Thank you.

Sincerely,

Tomo Matsumoto

# EXHIBIT A.20

November 9, 2020

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Sohrab "Sam" Sharma

Your Honor.

My name is Jonathan Mendez, Pastor and good friend of Sam. I pastor a group of youth in Brooklyn NY. I work as a technician for our NY city hospitals, caring for those who are in need. I have known Sam for many years and met Sam when I first was hired to work for a car dealership. It did not take much to find a friend in him but most importantly, a brother. Sam is someone I knew to be full of pentanal and someone who would be great in life. He was always diligent with his work, faithful in taking care of his responsibilities, always took care of his parents, always had his best interest in others before himself and most of all, always had a smile on his face with Joy, Laughter and full of energy. Sam is a person who would draw many people toward him because of who he is. I have been grateful and blessed that God placed him in my life and has trusted me to be apart of his, sharing the good times with him in laughter but also sharing the bad times. I always told Sam, "just because you make a mistake in life does not mean it's over, sometimes we go through experiences to learn for the better, to build us and prepare us for something greater in life". I had the chance to speak with Sam in this season and hard moment in his life. He expressed, "He is aware and understands the things he has done that placed him where he is now" with Sound of tears, I can hear him expressing remorse. Your honor, I do believe in justice, but I also believe in helping those who are before us, I believe in helping our Generation of youth, guiding them to the right place and creating for them that opportunity of change in life. I know Sam will take that course and be the best he can be for himself. Though he is in front of you all, I know Sam has not lost the value of being a Nuclear bomb, full of potential, who can create change for other who struggle on a day to day bases but also for himself. I believe that today is that

day we all can display, Love, Kindness, Hope, Mercy and opportunity for our future and begins with Sam.

Thank you, your Honor.

Sincerely,

Jonathan Mendez

# EXHIBIT A.21

11/3/2020
Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

To: Honorable Lorna G. Schofield:

My name is Ali Pooladi, I know Sohrab Sharma since he was born. I am his maternal uncle. We have a great relationship and I have a knowledge of his court situation. Sohrab is a generous, caring , kind, and loving person. He has a gentle soul, a big heart, and a very sweet demeanor. He is a hard worker and loved to help people especially his family.

He was always concerned and asked me many times that if we are doing ok, and needed any help.

In April 2019 when my parents were in FL for his birthday, which was the last birthday my dad had with him, when I called to wish him happy birthday, he got emotional and said that I wish you and the rest of the family were here, I want all of my family together with me. He was so happy to have my dad next to him. My dad had a very close relationship and special bond with his first born grand son, Sohrab. That birthday was the last one my dad had with him, he passed away sep 2019 and my nephew was not able to attend his funeral in Iran because of this on going case. It hurt him very much.

I am fully aware of his court case, your honor, he is a decent, generous, hardworking, and trustworthy person, who made mistakes and is very remorseful.

Sohrab knows that his actions have consequences but please take his regret and remorsefulness in consideration. Sohrab will strive to make amends and I am sure we will get to see his good works bringing fruitful results to our society if he would be given a second chance.

Very truly yours,

Ali Pooladi

# EXHIBIT A.22

11/4/2020

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

To: Honorable Lorna G. Schofield:

My name is Forouzan Pooladi, I am Sohrab Sharma's
mother, and know him for his entire life. I don't know from
where I can start your Honor for you to know my son
better, and writing was never one of my strong subject in
School.
I wish there was an ideal place to begin, but where does
one start when a loved one's fate is laid across someone
else's table.

Sohrab came from a good family, my ex-husband,
Sohrab's father, is a reputable doctor and I was a nurse.
We immigrated to United States for pursuing a better life.
After few years, our path changed to getting divorce and
changed everyone's life for ever.
Sohrab is our only child, and we love him so much. He
had a tough time growing up and cooping with his dad and
I separation. I tried my best to bringing him up as
responsible, and honorable young person as possible.
When Sohrab was in middle school, and then high school,
I never heard anything except that he is a bright, friendly,
compassionate, respectful, and well-mannered young
man. He used to play basketball, wrestling, and lacrosse.
He used to play violin, flute, and clarinet. He was loving,
caring, hardworking, and very responsible person.  Sohrab
was very compassionate person and it was a norm for him
to put others first. In School he used to teach other
students who needed extra help, and was in charge of
computer lab.
He absolutely loves animals and treated them better than
most.
He started working when he was 16 years old, to take care

Sohrab and I had built up a great mother and son relationship and we are very close. He grew up very quick, and felt so responsible to take care of me and later on my parents after they immigrated to the US. He genuinely was concern about our family and our well-being. Sohrab was always likable and when asked about his interests and opinions he was able to rationally explain his ideas about them in ways far beyond those of his age.  He has a great sense of humor and loves to make people laugh and make them happy.  My mother always use to tell him that he would be a wonderful boyfriend because of his sensitivity and his devotion to what he loved.

Sohrab has a lot of potential and to see that die absolutely crushes me.
He is extremely bright, and since this case happened all of the good potential, that I mentioned before is still there, buried inside. He is hurting more than anyone of us imagine, and yet is adapting to an extremely unpleasant situation. He is polite and considerate to those who have contact with him. He is realistic about his situation, yet remains hopeful that he will find something positive in it.

He does have plans for the future and has discussed with me his ideas of becoming a productive member of society. I believe what he needs is the hope that he has a chance of achieving these goals.

Sohrab has expressed his deepest regret about the offending and he is incredibly remorseful, and willing to do whatever it takes to make reparations. But to do so, he needs you to give him an opportunity to get a second chance. I recognize that Sohrab broke the law, and so does he, but all the while I am convinced that he is a descent person at the core. He just needs more people to believe in him so that he can become the person I know he can be.

Sincerely,

F. Pooladi

Forouzan Pooladi

# EXHIBIT A.23

November 1, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sohrab "Sam" Sharma

To the Honorable Lorna Schofield:

My name is Hoda Pooladi. I am Sohrab Sharma's aunt and I have known Sohrab since his birth. I
understand that my nephew is being sentenced, and I wanted to share some information about him.

Sohrab is a good-natured person. He is caring of people around him and he is always willing to help. For
instance, while he lived in New York, he was always caring of my aging parents who were recent
immigrants to United States. He always helped them with their day to day needs, from taking them to
their grocery shopping to their medical appointments. He is truly caring of others around him.

While I'm very sad about current circumstances surrounding Sohrab, I'm confident that he has learned
from his mistake and that once again he will be a positive and contributing member of society.

Sincerely,

Hoda Pooladi

San Diego, CA 92119

# EXHIBIT A.24

11/4/2020

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

To: Honorable Lorna G. Schofield:

My name is Mohtaram Pooladi, I am Sohrab Sharma's grandmother. I know Sohrab since birth.
He is my first born grandkid. He has a special place in my heart, and love him so dearly.

My late husband and I immigrated to The US for opportunity to have better life and be with our
family. My daughter and Sohrab's father got divorced and that took a tool on him. He always felt
responsible to take care of us and his mom. We use to live all together. Sohrab had a great bond
and relationship with his grandpa and I and his grandpa was his role model after his dad. He
always wanted us to be comfortable, taking care of, and content. At night, when he would come
back from work, we use to have dinner together and he would tell us about his day and asked us
about ours. He is a kind, caring, giving, and has a strong sense of responsibility. He always love
to help people, community, and his family. He is a very generous young man with a big heart. He
would go out of his way to help people. I remember one winter, it was snowing very heavily and
he was getting ready to go to work, I was looking at the window and was very worried how he
can drive, but he said grandma I will be fine. Suddenly I saw someone fell on snow on the street
and couldn't get up, I told him, he ran at the door I gave him his jacket. He went to help a
stranger who fell in snow, he called ambulance, took off his jacket, covered that stranger and
stayed with him until the ambulance arrived and took him. I am very proud of him.

I am aware of his court case, I am sure his heart was in a right place but he needed a better
guidance, he would never intentionally hurt or harm anyone. He has a gentle soul and a kind,
caring personality. While it is unfortunate that he has made some bad decisions, thus resulting in
this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is
ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a
better person. He made a mistake and he is willing to pay for consequences, but please consider
that I am 71 years old, I have some chorionic diseases. With Coronavirous pandemic, and my
condition, I would like to be able to see his life turns to the better, and I would be there to see it.
My husband passed away on Sep 2019 and placed a big scar in his heart and his life, specially
that Sohrab could not be there with us and attend the funeral. He loved his grandpa dearly.

In short, Sohrab expressed deep sense of remorse in making such a serious mistake and I believe
in his ability to pay his debt to society, and turn his life around. if he gets a second chance.

Best,

Mohtaram Pooladi

# EXHIBIT A.25

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Sohrab "Sam" Sharma

Your Honor,
My name is Fazel Razavi, I have been a district manager for eight and a half years at Starbucks
Coffee Company. Prior to that I was Director of Operations for development new markets and
overseeing upwards of 70 restaurants in 6 different states.
I met Sohrab 8 years ago after my move to New York, meeting and marrying my wife, who is
Sohrab's mother.
From the day I met Sohrab, I fell in love with his caring attitude, compassion for others,
unmatched work ethic and energy, devotion for serving others, helping everyone whom he came
across with and his passion for helping others.
At his young age, I remember him working very long hours throughout the week without having
any time off to help his mother and supporting his elderly grandparents whom he loved and loves
so much. As busy as Sohrab was with his work, he still made sure to visit his grandparents every
week and assist them with all their needs.
Sohrab passion for helping others was not limited only for his family members. He always saw
best in everyone whom he came across with and wanted to help them to succeed.
Sohrab has made a mistake, broken the law and he is incredibly remorseful and is willing to do
whatever it takes to make reparations if possible. To do that, he needs you to give him an
opportunity to do so without the need for incarceration. I know he has learned from his mistake
and developed skills that regardless of the challenges that he may face, he will make a better
decision.
Your Honor, I hope that you consider the testimony in this letter before the court.
Sincerely,

Fazel Razavi

11/20/20

# EXHIBIT A.26

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

My name is Huma Riaz. I am currently a stay at home mother to my one year old and six-week-old daughters. I was hired at Centra Tech on October 5, 2017 and worked there until approximately April 2018.

I started as a Customer Support Representative, answering service and product questions through online chat and e-mail. At that time, I worked with another Customer Support Representative and the Office Manager. I then was promoted to Office Manager. As Office Manager, I was responsible for overall maintenance of the office, ordering supplies and equipment, and administrative work.

I soon became the Operations Manager, and worked under the supervision of Thomas Warburton, who was the Chief Operations Officer. My main job responsibilities included overseeing a team of seven Customer Support Representatives and I maintained the duties I had as Office Manager as well. Due to my position in the company, I crossed paths with most of the employees on a daily basis.

Centra Tech was a fully operating company. I went into the office from Monday to Friday, 9:00 a.m. to approximately 5:00 p.m. Most of the staff included web and software developers and support. We were paid biweekly and the whole staff was well compensated. Sam Sharma was a pleasure to work for, he was kind to his employees and a very hard worker. I enjoyed working at Centra Tech, it was a very positive experience.

Sincerely,

Huma Riaz

# EXHIBIT A.27

Honorable Lorna G Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sohrab "Sam" Sharma

Your Honor:

My name is Bishoy Shehata and I am living in the Netherlands.

I purchased and received the Centra Black Card, as well as the digital wallet and Centra tokens. The reason I made the purchase was to get a cryptocurrency card that allowed me to spend my cryptocurrency at point of sale. I am fully aware of the misrepresentations and subsequent charges Mr. Sharma has plead guilty to.

My purchase of Centra Tokens was for use on the platform and not for speculative use. I was very excited about the tech, the Centra wallet uses a proprietary system to instantly convert 16+ cryptocurrencies to fiat, then instantly loaded on the card and you can use World Wide!

There was a wallet web, wallet app, and Centra Card a very good tech. I received my Centra Black Card and was working perfectly on stores and ATM withdraws here in The Netherland. I was very happy with the Centra Black Card and wallet app and it was very easy to convert Crypto to fiat. It worked like it was supposed to, the tech was Amazing.

I'm aware of the charges however, the Card and wallet/web and app were working, as it was described in Centra Tech white paper and as was told by the Founders and Centra team. Also the leadership and Vision of the founders' Sam and Bob which was very good! They had good intentions.

I don't think the Centra tech founders Sam and Bob scammed us, the Centra Card I received worked at all points of sale.

Yours sincerely,

Bishoy Shehata

9 day of November 2020

# EXHIBIT A.28

November 3, 2020

From: Naghmeh Taebi

████████████████

Ronkonkoma, NY 11779

To:   Honorable Lorna G. Schofield
      United States District Court
      Judge southern District of New York
      40 Foley Square, New York, NY 10007

Honorable Judge Schofield,

My name is Naghmeh Taebi (also known as of Nikki Taebi). I am payroll
auditor. I am family friend of Sohrab Sharma and know them for about 15
years.I am aware of his court case and the accusations.

  Sohrab has always been a well-mannered, respectful, loving, and polite
person. I know that he has been a caring, kind and taking care of his mother
and his grand parents. He is making sure to put their needs before his.
  Sohrab has always been an upright character in the community, reliable,
trustworthy and honest young man. He is a man of integrity and good moral,
and extremely dedicate to his family, friends and community.
  Sohrab has always been a hard worker, responsible and focused person.

  I understand the seriousness of his shortfall of judgment, charges he is facing
and the consequence of those. I truly believe that he is a good person without
malicious intent and would ask to be given a second chance to turn his life
around. I am sure he will learn from this experience and will not repeating it.
Despite the current case, I still believe Sohrab Sharma to be an honorable
individual, a valuable member of community and good human being.

Sincerely,

Naghmeh Taebi

# EXHIBIT A.29

Honorable Lorna G Schofield,

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

RE: Sohrab Sam Sharma

Dear Judge Schofield

My name is Michael Tanner, currently residing in the Salt Lake City, UT area and have worked in the payments industry for many years and in many capacities.  When I met Sam Sharma, I was a Business Development manager at Galileo Processing here in the SLC area.  My role there was to work with various card issuing banks, Visa, MasterCard, and many other vendors like card plastic production vendors, KYC vendors, etc.  My role was to help build card programs for many different kinds of card program managers from payroll cards to straightforward debit cards that work just like a bank account, to cards that settle in many currencies and so many other types and kinds of card programs.  My main means of income while at Galileo Processing was my commision that I made from selling the Galileo processing platform to all of these partners that would launch and grow their card programs.  I happened to be the business development manager who worked all of Galileo's opportunities that had any kind of cryptocurrency aspect to them as I had some knowledge of it, moreso than others on the team.  So, I was introduced to CentraTech through one of Galileo's issuing bank partners in New York City, Metropolitan Commercial Bank (MCB).  They are a very large and well respected card issuing bank and at the time, they were the main issuing bank that would work with cryptocurrency companies that wanted to issue a card product along with their crypto offering.  We met in early August 2017 when CentraTech was looking to add a Visa card program that allowed their users to spend directly from their various cryptocurrency wallets.

Sam was my main contact while working on the CentraTech card program.  While we worked together to bring the card program to market, Sam was always a very professional and respectful young man.  I thoroughly enjoyed working with him.  In the beginning of our working relationship I had to remind him over and over that he did not have to call me "Sir" or "Mr Tanner", that he could just call me Mike, like everyone else did.  I thought of him as a sharp young man who will go far in his future.

Cryptocurrency card programs at the time were still very new in the card industry.  We worked with MCB to bring the program to market and were on hold for many months.  We waited while the various compliance teams were OK with approving the program to go to market.  It was a longer wait than what I would say is "normal" for bringing a card program to market.  I am aware that Sam has been indicted, but not aware of all of the circumstances under which he is. But I do know that working with him was always straightforward and not at anytime did I think he was doing anything illegal.  He checked in with me often on the progress of the program approval and it was just simply on hold waiting for compliance approvals.

To close, from my perspective, we were working together to bring a card program live, which I did everyday in my business development role at Galileo Processing.  There was nothing unusual or different

about my dealings with Sam, other than the length of time it took for approval of the program.  Again, that was due to nature of cryptocurrency as a part of a card offering being so new at the time.


Thank you for taking the time to read my note.

Best regards,

Mike Tanner

# EXHIBIT A.30

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10 007

Re: Sohrab Sharma

Dear Judge Schofield,

My name is Chase Zimmerman and I was an employee at Centra Tech within the marketing department.  Within my position, I was tasked with improving the reach and growing the customer base of the brand, while increasing the project support in and around the community both online and in-person. We also brought in a marketing firm out of Canada to assist with our strategies and projects. Although I only worked at the company for a short period of time, throughout my experience within the company, I never saw anything that gave me reason to doubt the overall company objectives. While I was employed, Centra Tech gained a new CEO, who came from a very large exchange, which I believe was Gemini. In addition, the company also hired new, key executives including a CFO with substantial banking experience along with another individual from Visa (if I remember correctly), to ensure the company was operating efficiently and compliantly.

Throughout my experience at Centra Tech, I was provided with updates from the core, executive team showing substantial forward progression which always led me to believe in continual growth of the company, across all fronts, including but not limited to, customer service efficiency improvements, license additions, expansions into new regions and product improvements along with new features. I'd also like to mention that the office was always buzzing in a positive way within all departments, including the development team, graphics team, customer service team and executive team. From my perspective, this was a company on the rise!

The reason I am writing this letter to you is to explain that it really looked to me that the foundational team was really trying to establish a very reputable business with one goal in mind; to deliver a product and customer experience that was truly exceptional. When looking back at the company now, I realize there were misrepresentations, but I honestly don't believe they were trying to do anything other than deliver on their overall business objectives.

I hope this letter gives you some insight from a previous employee, who can provide a small glimpse of what life was like within the Centra Tech corporation.

Thank you for your time,

Chase Zimmerman