# EXHIBIT E
# FILED PARTIALLY UNDER SEAL

**Complete Solution (8354766 Canada Inc.)**
500-1411 Rue Crescent
Montreal QC  H3G2B3
GST Registration No.: 836942649RC0001
QST Registration No.: 1219885578RT0001

# INVOICE

**INVOICE TO**
Centra Tech INC (USD)
300 Delaware Ave Ste 210,
Wilmington, Delaware, United States

**INVOICE #** 165
**DATE** 06-10-2017
**DUE DATE** 06-10-2017
**TERMS** Due upon receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bundled Initial Program Setup | 1 | 39,420.00 | 39,420.00 |
| Initial Plastic Card Order | 50,000 | 6.4671 | 323,355.00 |

All amounts are non-refundable
Clients are responsible for any applicable wire fees

SUBTOTAL   362,775.00
TOTAL   362,775.00
BALANCE DUE   **USD 362,775.00**

Instructions for sending bank: DO NOT CONVERT FUNDS

Bank Name: National Bank of Canada
Bank Address: 955 DE MAISONNEUVE OUEST, Montreal, Quebec, Canada
Beneficiary Name: 8354766 Canada Inc.
Beneficiary Address: 1411 Crescent, Suite 500, Montreal, Quebec, Canada
Account Number: ▮
Bank Code: ▮
Branch Transit: ▮
SWIFT/BIC Code: ▮

**Complete Solution (8354766 Canada Inc.)**
1411 Crescent, Suite 500
Montreal QC  H3G 2B3
GST Registration No.: 836942649RC0001
QST Registration No.: 1219885578RT0001

# INVOICE

**INVOICE TO**
Centra Tech INC (USD)
300 Delaware Ave Ste 210,
Wilmington, Delaware, United States

**INVOICE #** 168
**DATE** 20-10-2017
**DUE DATE** 20-10-2017
**TERMS** Due upon receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| SetUp fee for Card Designs | 1 | 25,030.00 | 25,030.00 |
| Prepaid Mastercard Plastic Card Order | 50,000 | 0.64 | 32,000.00 |

All amounts are non-refundable
Clients are responsible for any applicable wire fees

SUBTOTAL  57,030.00
TOTAL  57,030.00
BALANCE DUE  **USD 57,030.00**

Instructions for sending bank: DO NOT CONVERT FUNDS

Bank Name: National Bank of Canada
Bank Address: 955 DE MAISONNEUVE OUEST, Montreal, Quebec, Canada
Beneficiary Name: 8354766 Canada Inc.
Beneficiary Address: 1411 Crescent, Suite 500, Montreal, Quebec, Canada
Account Number: ███
Bank Code: ███
Branch Transit: ███
SWIFT/BIC Code: ███

**Complete Solution (8354766 Canada Inc.)**
1411 Crescent, Suite 500
Montreal QC  H3G 2B3
GST Registration No.: 836942649RC0001
QST Registration No.: 1219885578RT0001

INVOICE

**INVOICE TO**
Centra Tech INC (USD)
300 Delaware Ave Ste 210,
Wilmington, Delaware, United States

**INVOICE #** 171
**DATE** 26-10-2017
**DUE DATE** 26-10-2017
**TERMS** Due upon receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Test Program | 1 | 1,000.00 | 1,000.00 |

All amounts are non-refundable
Clients are responsible for any applicable wire fees

SUBTOTAL  1,000.00
TOTAL  1,000.00
BALANCE DUE  **USD 1,000.00**

Instructions for sending bank: DO NOT CONVERT FUNDS

Bank Name: National Bank of Canada
Bank Address: 955 DE MAISONNEUVE OUEST, Montreal, Quebec, Canada
Beneficiary Name: 8354766 Canada Inc.
Beneficiary Address: 1411 Crescent, Suite 500, Montreal, Quebec, Canada
Account Number: ███
Bank Code: ███
Branch Transit: ███
SWIFT/BIC Code: ███

**Complete Solution Payments Inc.**
1411 Crescent, Suite 500
Montreal QC  H3G 2B3
GST Registration No.: 836942649RC0001
QST Registration No.: 1219885578RT0001

# Complete Solution

INVOICE

**INVOICE TO**
Centra Tech INC (USD)
300 Delaware Ave Ste 210,
Wilmington, Delaware, United States

**INVOICE #** 207
**DATE** 16-01-2018
**DUE DATE** 16-01-2018
**TERMS** Due upon receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Set-up Fee | 1 | 20,181.00 | 20,181.00 |

All amounts are non-refundable
Clients are responsible for any applicable wire fees

SUBTOTAL  20,181.00
TOTAL  20,181.00
BALANCE DUE  **USD 20,181.00**

Instructions for sending bank: DO NOT CONVERT FUNDS

Bank Name: National Bank of Canada
Bank Address: 955 DE MAISONNEUVE OUEST, Montreal, Quebec, Canada
Beneficiary Name: 8354766 Canada Inc.
Beneficiary Address: 1411 Crescent, Suite 500, Montreal, Quebec, Canada
Account Number: 0076161
Bank Code: ███
Branch Transit: ███
SWIFT/BIC Code: ███