UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                 Plaintiff,                18 Crim. 340 (LGS)

                -against-                             ORDER

    SOHRAB SHARMA et al.,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Court is in receipt of the Ancillary Petition for Hearing to Adjudicate Validity of Legal Interest and Right to Forfeited Property Under 21 U.S.C. § 853(N)(1) (Dkt. No. 438) filed by Jacob Zowie, Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon , Jae J. Lee, Mateusz Ganczarek, and Rodney Warren (collectively, "Claimants").  It is hereby

       **ORDERED** that by **February 3, 2021**, the Government shall file a response.  No reply shall be filed at this time.

Dated: January 20, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE