# Exhibit A
# (Audio File)