UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                              Plaintiff,                            :
                                                                     :   18 Cr. 340-01 (LGS)
            -against-                                                :
                                                                     :   ORDER
SOHRAB SHARMA,                                                     :
                              Defendant,                            :
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a sentencing hearing is currently scheduled for February 9, 2021, at 11:00 a.m.

       WHEREAS, in light of the COVID-19 pandemic, counsel, Defendant and the Court cannot readily convene in person for Defendant's sentencing. However, a defendant can knowingly and voluntarily waive his right to be physically present at sentencing. If Defendant waives his physical appearance, the sentencing will proceed as scheduled. If Defendant chooses not to waive, the sentencing will be rescheduled for a later date. It is hereby

       **ORDERED** that as soon as possible but no later than **February 4, 2021**, the parties shall file a joint letter stating whether they consent to the Court conducting this proceeding via videoconference and/or telephone conference. If Defendant consents and if feasible, Defendant should sign and submit the attached waiver of personal appearance form. It is further

       **ORDERED** that, subject to the parties' consent, the sentencing hearing currently scheduled for **February 11, 2021** will be conducted via videoconference. Defendant, his counsel, and counsel for the Government are directed to appear and will be provided with call-in instructions via email. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333. In the event the video technology does not function as expected, Defendant and counsel also shall call this number.

Dated: February 1, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE