# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

---

February 2, 2021

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Re: *U.S. v. Sharma, et. al.*, 18-cr-340 (LGS)

Your Honor:

    I am writing to request a reduction of Defendant, Sam Sharma's, bail conditions in this case from a $750,000.00 cash bond to a $620,000.00 cash bond with the $130,000.00 cash bond returned directly to the United States to partially satisfy the outstanding forfeiture money judgement. Counsel has conferred with Rakesh Sharma, the cash bond depositor who consents to this motion. All other bail conditions would remain unaltered and in effect.

    Mr. Sharma's bail conditions currently require, among other things, GPS monitoring of Sharma and a prohibition barring Sharma from having any access to the internet except at counsel's office under the supervision of counsel or staff for the purpose of the defense of this case, the Centra Tech, Inc., civil matter in the Southern District of Florida and with monitoring by Probation the ability to use the internet at counsel's office to work. Counsel has conferred with AUSA Samson Enzer. The government consents to this motion.

    Therefore, Mr. Sharma respectfully requests this Count enter an order granting this motion.

                                                      Sincerely yours,

                                                      s/Gennaro Cariglio Jr.
                                                      Gennaro Cariglio Jr., Esq.
                                                      Atty. for Sohrab Sharma

      I, Rakesh Sharma, have reviewed this motion and agree to the disbursement of $130,000.00 of the cash bond to the United States.

_____

Rakesh Sharma