UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>SOHRAB "SAM" SHARMA, et al.,<br><br>                  Defendant. | Case No. 18-CR-340 (LGS)<br><br>ORDER |

WHEREAS, on April 1, 2018, defendant Sohrab "Sam" Sharma (the "Defendant"), among others, was arrested on a criminal complaint charging him and others with 1) Conspiracy to Commit Securities Fraud (in violation of 18 U.S.C. § 371); 2) Securities Fraud (in violation of 15 U.S.C. §§ 78j(b) and 78ff; and 18 U.S.C. § 2); 3) Conspiracy to Commit Wire Fraud (in violation of 18 U.S.C. § 1349); and 4) Wire Fraud (in violation of 18 U.S.C. §§ 1343 and 2);

WHEREAS, at the Defendant's bail hearing on or about May 11, 2018, the Honorable Debra C. Freeman, United States Magistrate Judge, Southern District of New York, ordered that the Defendant be released from custody upon his satisfaction of specified bail conditions, including that he sign a $5,000,000 personal recognizance bond secured by two financially responsible persons and further secured by $1,000,000 in cash or property;

WHEREAS, on, or about, May 14, 2018, the Defendant, among others, was charged in the four-count Indictment, 18 Cr. 340 (LGS) (the "Indictment"), with 1) Conspiracy to Commit Securities Fraud (in violation of 18 U.S.C. § 371); 2) Securities Fraud (in violation of 15 U.S.C. §§ 78j(b) and 78ff; and 18 U.S.C. § 2); 3) Conspiracy to

Commit Wire Fraud (in violation of 18 U.S.C. § 1349); and 4) Wire Fraud (in violation of 18 U.S.C. §§ 1343 and 2);

WHEREAS, on or about June 7, 2018, the Defendant posted the required $1,000,000.00 (the "Bail Funds") for his bail bond, and $750,000.00 of the Bail Funds remain on deposit with the Clerk of Court;

WHEREAS, on or about July 17, 2020, the Defendant pleaded guilty to a three-count superseding criminal Information, S3 18 Cr. 340 (LGS) (the "Information"), charging the Defendant with 1) Conspiracy to Commit Securities Fraud (in violation of 18 U.S.C. § 371); 2) Conspiracy to Commit Wire Fraud (in violation of 18 U.S.C. § 371); and 3) Conspiracy to Commit Mail Fraud (in violation of 18 U.S.C. § 371);

WHEREAS, the Information included forfeiture allegations as to its securities fraud conspiracy, wire fraud conspiracy and mail fraud conspiracy charges seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of all property, real and personal, that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of those offenses;

WHEREAS, on or about, November 11, 2020, this Court entered a Consent Preliminary Order of Forfeiture directing the Defendant to forfeit $36,088,960 in United States currency to the Government, representing the total amount of proceeds traceable to the Defendant's commission of the offenses charged in the Information to which he pleaded guilty (the "Money Judgment");

WHEREAS, on or about February 2, 2021, the Defendant filed a motion to reduce his bail bond by $130,000.00, and requesting pursuant to 28 U.S.C. § 2044 that the

$130,000.00 in Bail Funds be applied toward the payment of the Defendant's Money Judgment;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by Ilan T. Graff, the Attorney for the United States acting under authority conferred by 28 U.S.C. § 515, and his of counsel, Assistant United States Attorneys Samson Enzer, Negar Tekeei and Daniel Loss, and by the Defendant and his undersigned attorneys, that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall release $130,000.00 from the Bail Funds, less the Clerk's fees, if any, in the form of a check payable to the U. S Marshals Service, and delivered to the United States Attorney's Office, One Saint Andrew's Plaza, New York, New York 10007, Attn:  Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, and shall reference the Defendant's name and case number.

2. Upon execution of this Order, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit payment on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

3. The Clerk of the court shall forward three certified copies of this Order to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, One Saint Andrew's Plaza, New York, New York 10007.

AGREED AND CONSENTED TO:

ILAN T. GRAFF
Attorney for the United States
Acting under 28 U.S.C. § 515

By: _____   Date: February 2, 2021
Samson Enzer/Negar Tekeei/Daniel Loss
Assistant United States Attorneys


SOHRAB "SAM" SHARMA
Defendant

By: _____   Date: 2/2/21
Sohrab "Sam" Sharma

By: _____   Date: 2/2/21
Gennaro Cariglio, Jr./Grant P. Fondo/
Denis Kelleher, Jr./Mellissa L. Brumer
*Attorneys for Sohrab "Sam" Sharma*

SO ORDERED:

_____   Date: February 2, 2021
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**