UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,      :
                                    Plaintiff,    :      18 Crim. 340 (LGS)
                                               :
                 -against-            :      <u>ORDER</u>
                                               :
    SOHRAB SHARMA et al.,          :
                                  Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Court is in receipt of briefing from the parties regarding the Ancillary Petition for Hearing to Adjudicate Validity of Legal Interest and Right to Forfeited Property Under 21 U.S.C. § 853(N)(1) (Dkt. No. 438) filed by Jacob Zowie, Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon, Jae J. Lee, Mateusz Ganczarek, and Rodney Warren (collectively, "Claimants"). It is hereby

        **ORDERED** that Claimants and the parties shall appear for a videoconference on Claimants' petition on **March 4, 2021, at 11:00 a.m.** A videoconferencing link will issue in a separate order.

Dated: March 2, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE