UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                  Plaintiff,                :      18 Crim. 340 (LGS)
                                                            :
               -against-                                    :      ORDER
                                                            :
SOHRAB SHARMA et al.,                                       :
                                  Defendants.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, Defendant Sharma's sentencing hearing will occur by videoconference on March 4, 2021, at 11:00 a.m.

   Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

Dated:  March 2, 2021
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**