UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number.: 18 Cr. 340 (LGS)

UNITED STATES OF AMERICA

    Plaintiff,

v.

SOHRAB "SAM" SHARMA,

    Defendant.
_____/

### ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE

**THIS CAUSE** came before the Court on March 4, 2021, upon Defendant, Sohrab Sharma's, *Ore Tenus*, Motion to Modify Conditions of Pre-Trial Release, after hearing argument and being otherwise fully advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that:

Defendant's Motion is **GRANTED** and all internet use restrictions previously imposed as part of Mr. Sharma's bail conditions in this case are hereby removed, with all of his other bail conditions to remain in effect.

**DONE AND ORDERED** in Chambers this 9th day of March 2021 at New York, New York.

                                                         **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**

.