

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

March 31, 2021

**VIA ECF AND EMAIL**
Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The application is GRANTED.  By **April 13, 2021**, the parties shall file a joint letter proposing next steps.

SO ORDERED

Dated:  April 1, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *United States* v. *Sohrab Sharma et al.*, 18 Cr. 340 (LGS)

Dear Judge Schofield:

Pursuant to the Court's March 29, 2021 Order (Dkt. 481) in this case, seven victims of the defendants' fraud on Centra Tech investors ("Claimants") have filed an amended third-party petition claiming an interest in a portion of the 100,000 Ether units that defendant Sharma forfeited his legal interest in to the Government.  The Government respectfully submits this letter, with the consent of the Claimants through their counsel, to jointly request a one-week extension of the deadline set by the March 29 Order for the parties to file a joint letter proposing next steps for any ancillary proceedings on the amended petition, from April 6, 2021 to April 13, 2021.  The requested extension is needed to give the Government additional time to internally discuss the possibility of resolving the amended petition through a settlement to avoid further litigation.  Accordingly, the Government and Claimants jointly request that the deadline for their joint letter proposing next steps be extended to April 13, 2021.

> Respectfully submitted,
>
> ILAN T. GRAFF
> Attorney for the United States
> Acting Under 28 U.S.C. § 515
>
> by: _/s/_____
> Samson Enzer / Negar Tekeei / Daniel Loss
> Assistant United States Attorneys
> 212-637-2342 / -2482 / -6527

cc: Donald J. Enright, Esq.
    All other counsel of record