UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
                          Plaintiff,   :        18 Crim. 340 (LGS)
:
          -against-                         :        <u>ORDER</u>
:
SOHRAB SHARMA et al.,             :
                         Defendants.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 1, 2021, directed the Government and third-party claimants Jacob Zowie, Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon, Jae J. Lee, Mateusz Ganczarek and Rodney Warren (collectively, "Claimants") to submit a status letter proposing next steps in the ancillary proceeding challenging the forfeiture of units of the Ether cryptocurrency seized by the Government. The parties have submitted such letter and dispute whether the Government may file a motion to dismiss the Claimants' Amended Petition. It is hereby

**ORDERED** that by **May 10, 2021**, the Government shall file its motion to dismiss. By **May 31, 2021**, Claimants shall file their opposition. By **June 14, 2021**, the Government shall file its reply. All submissions shall be per the Court's Individual Rules. It is further

**ORDERED** that by **April 28, 2021**, the Government and Claimants shall file a joint status letter addressing: (1) their ongoing settlement discussions; (2) their discussions regarding the scope and length of discovery; and (3) any potential motion to permit the remission process to begin as to a portion of the forfeited Ether.

Dated:  April 14, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE