UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA

- v. -

HAITAO MAI,

   a/k/a "Tony,"

*Defendant*.
------------------------------------------------------------- X

**ORDER**

20 Cr. 702 (LGS)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 8, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: May 10, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**