# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

---

May 26, 2021

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Re: *U.S. v. Sharma, et. al.*, 18-cr-340 (LGS)

Your Honor:

    I am writing to request the lifting of Mr. Sharma's curfew for one evening, Sunday June 6th, 2021 to Monday June 7th, 2021. Mr. Sharma's current curfew is from 12:00 a.m. to 6:00 a.m. every day. Mr. Sharma and his fiancé, Brielle Farkas, wish to have an engagement party with both of their families in Miami-Dade County, Florida on the evening of Sunday, June 6th, 2021. All other bail conditions would remain unaltered and in effect.

    Mr. Sharma's bail conditions currently require, among other things, GPS monitoring of Mr. Sharma and a curfew. Counsel has conferred with AUSA Samson Enzer and USPO Lazaro Fumero. The government consents to this motion and United States Probation has no objection.

    Therefore, Mr. Sharma respectfully requests this Count enter an order granting this motion.

                                        Sincerely yours,

                                          s/Gennaro Cariglio Jr.
                                          Gennaro Cariglio Jr., Esq.
                                          Atty. for Sohrab Sharma

---

*Judge's endorsement:*

Application Granted. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 499.

Dated: May 27, 2021
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**