# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

June 28, 2021

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Application Granted. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motions at docket numbers 505 and 506.*

*Dated: June 28, 2021*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: __United States v. Sohrab Sharma, et al. (18 Cr. 340)__
Sohrab "Sam" Sharma

Dear Judge Schofield:

Defendant, Sohrab "Sam" Sharma, by and through undersigned counsel, respectfully moves this Court to modify his conditions of his pre-trial release as follows:

1. Defendant shall be allowed to travel to the District of New Jersey and Eastern District of New York July 1 through July 6, 2021, to visit family, including his mother, stepfather, and grandmother;

2. Defendant shall be allowed to travel to the Middle District of Florida July 16 through July 20, 2021, to find living arrangements for Mr. Sharma's fiancé (Brielle Farkas), so she may be close to him as he has been designated to be incarcerated at FCI-Coleman; and

3. All other conditions of pre-trial release shall remain in place.

Undersigned counsel has conferred with Mr. Sharma's Pre-Trial Services Officer, Lazaro Fumero, and he does not oppose these modifications.

Undersigned counsel has conferred with counsel for the government, Samson Enzer, and he does not oppose these modifications.

Accordingly, it is respectfully requested that this Court enter an Order modifying the conditions of Mr. Sharma's pre-trial release.

Very truly yours,

*/s/ Gennaro Cariglio Jr.*
GENNARO CARIGLIO JR., ESQ.

cc: All counsel of record
    U.S. Probation