

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2021

**VIA ECF**

Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: *United States* v. *Sohrab Sharma*, S3 18 Cr. 340 (LGS)

Dear Judge Schofield:

  The Government writes to provide the Court with a brief update regarding the execution of the Court's August 17, 2021 bench warrant authorizing federal law enforcement agents to arrest defendant Sohrab Sharma for violating the Court-ordered conditions of his release on bail in this case. Law enforcement agents with the United States Marshals Service arrested Sharma on August 18, 2021 in the Southern District of Florida when he appeared for a scheduled urinalysis exam at the Probation Office. Later the same day, Sharma was presented, in the Southern District of Florida, before United States Magistrate Judge Jacqueline Becerra. During the presentment, the Government requested that Sharma be detained and ordered removed to this District for further bail violation proceedings before this Court, pursuant to 18 U.S.C. § 3148. Sharma, through his counsel, conveyed that he would be seeking release on bail conditions, and requested several days to prepare for a hearing on his bail application. Accordingly, Judge Becerra scheduled a bail hearing for Monday, August 23, 2021 at 10 a.m. before United States Magistrate Judge John J. O'Sullivan, and remanded Sharma pending the August 23 bail hearing. At the hearing, the Government intends to continue to seek Sharma's detention and removal to this District for further bail violation proceedings before this Court.

              Respectfully submitted,

              ILAN T. GRAFF
              Attorney for the United States
              Acting Under 28 U.S.C. § 515

     by: \_\_\_/s/_____
        Samson Enzer / Negar Tekeei / Daniel Loss
        Assistant United States Attorneys
        212-637-2342 / -2482 / -6527

Encl.

cc: Jonathan Lettieri, Pretrial Services Department