

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2021

**<u>VIA ECF</u>**

Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States* v. *Sohrab Sharma*, S3 18 Cr. 340 (LGS)**

Dear Judge Schofield:

  The Government writes to provide the Court with an update regarding the custody status of defendant Sohrab Sharma, and his removal proceedings in the Southern District of Florida. Pursuant to United States Magistrate Judge John J. O'Sullivan's August 23, 2021 order that Sharma surrender to F.C.I. Coleman, a Bureau of Prisons facility located in the Middle District of Florida, within 24 hours of his release from custody at F.D.C. Miami, Sharma surrendered to F.C.I. Coleman yesterday, August 25, 2021. The Government has confirmed with staff from F.C.I. Coleman that Sharma is in their custody. At a removal proceeding before Judge O'Sullivan on August 26, 2021, the Government and the defense requested that Judge O'Sullivan adjourn the pending removal hearing in light of Sharma's August 24, 2021 uncontested motion (Dkt. No. 523) requesting that this Court dismiss the removal proceedings and any further bail violation proceedings upon Sharma's confirmed surrender to F.C.I. Coleman. Judge O'Sullivan granted the parties' request and adjourned the removal proceedings to August 30, 2021 at 10 a.m. In addition, Judge O'Sullivan directed the parties to apprise him of this Court's decision on Sharma's pending uncontested motion to dismiss.

            Respectfully submitted,

            ILAN T. GRAFF
            Attorney for the United States
            Acting Under 28 U.S.C. § 515

    by: __/s/_____
      Samson Enzer / Negar Tekeei / Daniel Loss
      Assistant United States Attorneys
      212-637-2342 / -2482 / -6527

Encl.

cc: Jonathan Lettieri, Pretrial Services Department