# GENNARO CARIGLIO JR., P.L.
**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
TEL (305) 899-0438
FAX (305) 373-3832

August 24, 2021

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

> Whereas the Court has been informed that Defendant Sharma surrendered to the custody of the Bureau of Prisons on August 25, 2021, this application is GRANTED. The Clerk of the Court is directed to terminate the letter motion at docket number 523.
>
> Dated: August 27, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *U.S. v. Sharma, et. al.*, 18-cr-340 (LGS)

Your Honor:

    I am writing to advise the Court that, with this Court's approval, the parties will be requesting the dismissal of the removal proceeding pending in the United States District Court for the Southern District of Florida, *United States v. Sohrab Sharma,* Case #: 21-mj-3634-JB on Thursday, August 26, 2021, upon confirmation that Mr. Sharma has surrendered to the custody of the Bureau of Prisons at FCI Coleman to commence his sentence of imprisonment. On August 23, 2021, at a bail hearing in the Southern District of Florida, a United States Magistrate Judge granted Mr. Sharma's request to be released from custody on the current conditions of bond with the additional requirement of a $1,000,000.00 personal surety bond signed by Mr. Sharma's fiancé, Brielle Farkas, and Mr. Sharma's mother, Fourazan Pooladi, and to surrender to FCI Coleman to begin serving his sentence of imprisonment within 24 hours of his release. Mr. Sharma has been released and will be surrendering to his designated institution, FCI Coleman, on August 25, 2021 no later than 4:30 p.m.. AUSA Negar Tekeei has confirmed that FCI Coleman is ready to receive Mr. Sharma this week. All other bail conditions, including the $680,000.00 cash bond and the $5,000,000.00 signature bond would remain unaltered and in effect.

    Mr. Sharma's bail conditions currently require, among other things, GPS monitoring of Mr. Sharma and house arrest with the ability to travel to his attorney's office and for medical appointments.

Since Mr. Sharma will be in custody in FCI Coleman and will not be appealing the Magistrate's release order, Mr. Sharma respectfully requests this Court approve the dismissal of the removal proceeding in Miami. Counsel has conferred with AUSA Samson Enzer and AUSA Negar Tekeei. The government, the United States Probation Office, and the United States Pretrial Services Office have no objection to this request.

Therefore, Mr. Sharma respectfully requests this Count enter an order granting this motion.

Sincerely yours,

s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr., Esq.
Atty. for Sohrab Sharma