UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                            Plaintiff,      18 Crim. 340 (LGS)

              -against-      ORDER

    SOHRAB SHARMA et al.,

                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this court's August 23, 2021, order (Dkt. No. 521), required Claimants and the Government to file a status letter providing an update as to settlement discussions, including a summary of outstanding issues.

    WHEREAS, Claimants and the Government failed to submit a status letter; it is hereby

    **ORDERED** that Claimants and the Government shall file the joint status letter by **September 29, 2021**.

Dated: September 27, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE