```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                  Plaintiff,                 :   18 Crim. 340 (LGS)
                                                             :
                 -against-                                   :   ORDER
                                                             :
    SOHRAB SHARMA et al.,                                    :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 19, 2021, to discuss the ancillary proceedings in this action. For the reasons stated during the conference, it is hereby

**ORDERED** that the Claimants and the Government shall file their submissions in connection with Claimants' motion for leave to amend the Amended Third-Party Petition according to the following schedule:

- By **December 8, 2021**, Claimants shall file their motion for leave to amend and memorandum of law in support of the motion, not to exceed 25 pages;

- By **January 5, 2022**, the Government shall file any opposition, not to exceed 25 pages; and

- By **January 14, 2022**, Claimants shall file any reply in support of their motion, not to exceed 10 pages.

It is further

**ORDERED** that the briefing schedule for the Government's proposed motion to dismiss (Dkt. No. 521) is no longer in effect.

Dated: November 19, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**