

February 2, 2022

**VIA ECF**
Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    *Re: United States v. Soharb Sharma et al., 18 Cr. 340 (LGS)*

Dear Judge Schofield:

    Claimants Jacob Zowie Thomas Rensel, Wang Yun He, Mateusz Ganczarek, Chi Hao Poon, King Fung Poon, and Jae J. Lee individually and on behalf of the certified Class of Centra Tech victims, by and through their undersigned counsel, respectfully submit this letter to request a one-week extension to the filing deadline and ten page expansion of the page limit for the Reply in support of their motion for leave to file a revised ancillary petition. The present deadline is February 4, 2022, and the present page limit is ten pages.

    The Government's opposing brief raised numerous new issues which require substantial analysis and discussion. Accordingly, Claimants request that the Reply deadline be modified to February 11, 2022, and the page limit be modified to twenty (20) pages.

    Claimants have conferred with the Government, which does not oppose the time extension. The Government has stated that it takes no position concerning the page-limit extension, and defers to the Court's wisdom on that point.

    Counsel for Claimants and the Class are available to answer any questions that the Court may have at the Court's convenience, and thank the Court for its attention to this matter.

                                              Sincerely,

                                              /s/  Donald J. Enright

Cc: All counsel of record via ECF