**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-two,

United States of America,

    Appellee,

v.

Raymond Trapani, AKA Ray, Robert Joseph Farkas, AKA Bob, AKA RJ, AKA Robert Farkas,

    Defendants,

Sohrab Sharma, AKA Sam Sharma,

    Defendant-Appellant.

**ORDER**
Docket No. 21-612

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 03, 2022
```

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/03/2022