

1101 30th Street NW, Suite 115
Washington, DC 20007
T: 202-524-4292
F: 212-363-7171
www.zlk.com

Donald J. Enright
denright@zlk.com

June 9, 2022

**VIA ECF**

Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States* v. *Sohrab Sharma et al.*, 18 Cr. 340 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's June 3, 2022 Order, Claimants write to inform the Court that they intend to pursue the First Amended Petition.

    Counsel for Claimants are available to answer any questions that the Court may have at the Court's convenience, and thank the Court for its attention to this matter.

    Respectfully submitted,

    */s/ Donald J. Enright.*

Cc: All other counsel of record via ECF