UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  :
UNITED STATES OF AMERICA,  :
                          Plaintiff,  :    18 Crim. 340 (LGS)
  :
          -against-  :    <u>ORDER</u>
  :
SOHRAB SHARMA et al.,  :
                       Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated June 3, 2022, the Government was directed to correct certain information on the remission website and file a letter by June 10, 2022, confirming that the correction had been made.

    WHEREAS, the Government has not filed a letter confirming that the correction was made.  It is hereby

    **ORDERED** that by **June 15, 2022**, the Government shall file a letter confirming that it corrected the website pursuant to the Court's June 3, 2022, Order.

Dated:  June 13, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**