

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

The application is **GRANTED**.  By **July 15, 2022**, the Government shall file its motion to dismiss.  By **August 12, 2022**, Claimants shall file their opposition.  By **August 22, 2022**, the Government shall file any reply.

Dated: June 28, 2022
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF AND EMAIL**
Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States* v. *Sohrab Sharma et al.*, 18 Cr. 340 (LGS)

Dear Judge Schofield:

The Government respectfully submits this letter, with the consent of the Claimants, to request a two-week extension of the deadline for its motion to dismiss the Claimants' petition, from July 1, 2022 to July 15, 2022.

The Claimants also request, with the consent of the Government, an extension of the deadline for their opposition brief to August 12, 2022, which would result in an August 22, 2022 deadline for the Government's reply brief based on the time allotted in the current schedule.

As the current deadline for the receipt of victim claims in the remission program being conducted by the Department of Justice's Money Laundering and Asset Recovery Section is September 30, 2022,[1] the Government does not expect that these extensions will result in any delays of the remission process.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/
Daniel Loss / Negar Tekeei
Assistant United States Attorneys
212-637-6527 / -2482

cc: Counsel of Record

---

[1] The Government mistakenly stated in its June 24, 2022 letter (Dkt. 589) that the current deadline for remission claims is September 1, 2022.  The actual deadline is September 30, 2022.