UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES,                                              :
                                                            :     18 Crim. 340 (LGS)
            -against-                                    :
                                                            :     ORDER
SOHRAB SHARMA, et al.,                                      :
                                   Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued August 11, 2022, required the Government to file a letter regarding the status of the remission process every forty-day days.

       WHEREAS, the Government filed its most recent status letter on October 3, 2022. The next letter was due November 17, 2022. No such letter was filed. It is hereby

       **ORDERED** that the Government shall file the required letter as soon as possible, and no later than **November 22, 2022.**

Dated: November 18, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE