# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

---

February 6, 2023

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Re: *U.S. v. Sharma, et. al.*, 18-cr-340 (LGS)

Your Honor:

    I am writing to request a discharge of Defendant, Sohrab Sharma's, bail with $130,000.00 being disbursed to Dr. Rakesh Sharma and $500,000.00 being disbursed to the United States Marshals Service as partial satisfaction of Sohrab Sharma's forfeiture money judgment (ECF 411). Mirghader Fazel Razavi, the individual that posted the $500,000.00 on Mr. Sharma's behalf has consented to this disbursement. Mr. Sharma is in custody serving his sentence.

    Counsel has conferred with AUSA Negar Tekeei who agrees to this motion.

    Therefore, Mr. Sharma respectfully requests this Count enter an order granting this motion.

Sincerely yours,

/s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr., Esq.
Atty. for Sohrab Sharma

Application DENIED without prejudice to renewal with Mr. Razavi's consent in writing. The Clerk of the Court is directed to terminate the letter motion at docket number 608.

Dated: March 2, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**