# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
**TEL (305) 899-0438**
**FAX (305) 373-3832**

---

March 3, 2023

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, N.Y. 10007

Re: *U.S. v. Sharma, et. al.*, 18-cr-340 (LGS)

Your Honor:

    I am writing to request a discharge of Defendant, Sohrab Sharma's, bail with $130,000.00 being disbursed to Dr. Rakesh Sharma and $500,000.00 being disbursed to the United States Marshals Service as partial satisfaction of Sohrab Sharma's forfeiture money judgment (ECF 411). Mirghader Fazel Razavi, the individual that posted the $500,000.00 on Mr. Sharma's behalf has consented to this disbursement. See attached affidavit of Mirghader Fazel Razavi. Mr. Sharma is in custody serving his sentence.

    Counsel has conferred with AUSA Negar Tekeei who agrees to this motion.

    Therefore, Mr. Sharma respectfully requests this Count enter an order granting this motion.

Sincerely yours,

/s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr., Esq.
Atty. for Sohrab Sharma

---

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 617.

Dated: March 7, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,
           Plaintiff

vs.

                                                Case No: 18-CR-340-LGS

SOHRAB SHARMA,
           Defendant.

## *AFFIDAVIT*

I, MIRGHADER FAZEL RAZAVI, having been duly sworn, deposes and states under oath subject to the penalty of perjury:

I posted a $500,000.00 cash bond to secure the release of SOHRAB SHARMA in this case. Understanding that the case is now closed and Mr. Sharma has surrendered to authorities, I am not seeking the return of my $500,000.00 cash bond. Instead, I am directing Gennaro Cariglio Jr., Esq. to request that the Court disburse my $500,000.00 cash bond directly to the United States Marshals Service as partial payment for Mr. Sharma's forfeiture money judgment.

_____
MIRGHADER FAZEL RAZAVI

SUBSCRIBED AND SWORN TO in _Chase branch_ this _2nd_ day of February, 2023 by MIRGHADER FAZEL RAZAVI who ____ is personally known to me OR _✓_ Provided the Following Identification _New York driver's license._

_____
NOTARY PUBLIC
State of _New York_

YOUSRA GASSER
Notary Public - State of New York
NO. 01GA6419417
Qualified in Nassau County
My Commission Expires Jul 6, 2025