Application **GRANTED**.  By **September 11, 2024**, the Government shall file its response.  So Ordered.

Dated: September 5, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States* v. *Sohrab Sharma,* 18 Cr. 340 (LGS)

Dear Judge Schofield:

The Government respectfully submits this letter, with the consent of defendant Sohrab Sharma, to request a one-week extension of the Government's deadline to respond to the defendant's motion for early release (Dkt. 625).  The Government respectfully request an extension from September 4, 2024 to September 11, 2024.  The Government has conferred with counsel for the defendant, who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    /s/
Negar Tekeei
Assistant United States Attorney
212-637-2482

cc: Counsel of record (via ECF)