# GENNARO CARIGLIO JR., P.L.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138

Gennaro Cariglio Jr., Esq.
Adam Ward, Esq.

Telephone: (305) 899-0438
Facsimile:  (305) 373-3832

May 1, 2026

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Sohrab Sharma,*
     Case No. 18-CR-0340

Dear Judge Schofield:

  The Defendant, Sohrab Sharma, through undersigned counsel, is respectfully requesting that this Honorable Court permit him to travel to Italy from June 4, 2026, to June 18, 2026. The purpose of the travel is to go on his honeymoon with his wife and to attend his friend's wedding.

  Mr. Sharma is on supervised release and has complied with all the conditions since his release.

  Accordingly, Mr. Sharma is respectfully requesting that this Honorable Court permit him to travel to Italy from June 4, 2026, to June 18, 2026.

  Neither United States Probation Officer Danielle Caron or Assistant United States Attorney Nicolas Roos oppose this request. Mr. Roos has advised that the United States will not be filing a response.

  If you have any questions or concerns, please do not hesitate to contact me.

       Very truly yours,

       /s/GennaroCariglio Jr.
       Gennaro Cariglio Jr.
       Florida Bar No. 51985
       Admitted *Pro Hac Vice*