# GENNARO CARIGLIO JR., P.L.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138

Gennaro Cariglio Jr., Esq.
Adam Ward, Esq.

Telephone: (305) 899-0438
Facsimile:  (305) 373-3832

May 19, 2026

**<u>Via ECF and Email</u>**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted.  The State Department is directed to provide Mr. Sharma with his passport.  The Clerk of the Court is directed to terminate the letter motion at docket number 641.
Dated: May 21, 2026
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *United States v. Sohrab Sharma,*
         Case No. 18-CR-0340

Dear Judge Schofield:

On May 4, 2026, this Honorable Court granted Mr. Sharma's letter motion permitting him to travel to Italy from June 4, 2026, to June 18, 2026. (ECF 640).  Since then, Mr. Sharma has been advised by United States Probation that his United States passport was returned to the State Department.

Accordingly, Mr. Sharma is respectfully requesting that this Honorable Court order the State Department to return his United States passport to him so he can travel.

Neither United States Probation Officer Danielle Caron or Assistant United States Attorney Nicolas Roos oppose this request. Mr. Roos has advised that the United States will not be filing a response.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

/s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
Florida Bar No. 51985
Admitted *Pro Hac Vice*